John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE BV MANAGEMENT LLC ) | |
| ) | Docket Number 22-10662 |
| Debtor ) | Chapter 11 |
| ) | |

**MOTION FOR CONTEMPT**
**AND APPLICATION FOR RULE TO SHOW CAUSE**

Pursuant to 11 U.S.C. §§ 105 and 362 and Fed. R. Bankr. P. 9014 and 9020, the Debtor requests that this Court enter an order finding Colvin Properties LLC in contempt and also enter a rule to show cause against Colvin Properties LLC and as grounds states:

**JURISDICTION**

1. The Debtor filed a petition for relief on May 26, 2022. *See* Docket Entry No. 1.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334.

3. This is Application presents a core matter pursuant to 28 U.S.C. § 157.

**PRE-PETITION MATTERS**

4. Prior to the filing of the petition for relief, the Debtor was a tenant in a property (the "Leased Property") under a lease with Colvin Properties LLC.

**POST PETITION MATTERS**

5. Subsequent to the filing of the petition for relief, Colvin Properties was advised of the filing of the petition for relief and of the implication of the automatic stay.

6. Despite the application of the automatic stay, Colvin Properties LLC proceeded to enforce the writ of possession and dispossessed the Debtor from the Leased Premises.

7. The Debtor and the Estate had the right, at the time of filing of the petition for

relief, to possession of the Leased Premises.

## ARGUMENT

10. Upon the filing of a petition for relief pursuant to 11 U.S.C. § 301, the provisions of the automatic stay embodied in 11 U.S.C. § 362(a) go into effect.

11. The automatic stay bars Colvin Properties LLC from: (1) the continuation of any judicial process (under 11 U.S.C. § 362(a)(1)); and (2) any act to obtain control of property of the estate (under 11 U.S.C. § 362(a)(3)).

12. Colvin Properties violated the automatic stay as set forth, above.

13. The Debtor is entitled to relief in the form of an order restoring the Debtor's possession of the Leased Premises and other damages which may be proven.

14. Pursuant to 11 U.S.C. § 105, this Court has the authority to enter orders necessary to carry out the provisions of [11 U.S.C. §§ 101, *et seq*.].

## REQUEST FOR RELIEF

Wherefore, the Debtor requests that this Court: (a) enter an order finding that Colvin Properties LLC is in contempt of this Court; (b) enter an interim order restoring the Debtor to possession of the Leased Premises; (c) awarding any damages incurred by the Debtor as a result of Colvin Properties LLC's violation of the automatic stay; (d) awarding the Debtor its costs and attorney fees incurred in prosecuting this Application; and (e) granting the Debtor such other and further relief as may be appropriate.

Respectfully submitted by:

*/s/ John P. Forest, II*
John P. Forest, II, VSB# 33089
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
Telephone: (703) 691-4940
Email: john@forestlawfirm.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, that a true copy of the foregoing MOTION FOR EXPEDITED HEARING was served either by ECF transmission or first-class mail, postage prepaid, upon:

>GV BVM LLC
>Attn:  Fred Gumbinner
>4862 Pine Branch Rd., Suite 300
>Fairfax, VA 22030
>
>The Fred R. Gumbinner Living Trust
>Attn:  Fred Gumbinner
>4862 Pine Branch Rd., Suite 300
>Fairfax, VA 22030
>
>Colvin Properties LLC
>Attn:  Zia Hasanzadeh
>104 S. Early St.
>Alexandria, VA 22314
>
>Colvin Properties, LLC
>Attn:  Michael M. Hadeed, Jr., Esq.
>510 King St., Suite 400
>Alexandria, VA 22314
>
>Dirk Thomas
>731-D Walker Road
>Great Falls, VA 22066
>
>Office of the U.S. Trustee
>1725 Duke St., Suite 650
>Alexandria, VA 22314

and by facsimile to Michael Hadeed (who was counsel for Colvin Properties in the state court action).

>*/s/ John P. Forest, II*
>John P. Forest, II