IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| BV MANAGEMENT LLC ) | Case No. 22-10662-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

**MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION FOR ENTRY OF ORDER CONFIRMING THE TRUSTEE'S AUTHORITY TO CHANGE THE LOCKS AT THE DEBTOR'S BUSINESS PREMISES LOCATED AT <u>10123 COLVIN RUN DRIVE, GREAT FALLS, VA 22066</u>**

Janet M. Meiburger, the Chapter 7 Trustee for the estate of the Debtor in the above-named case, by her undersigned proposed counsel, hereby files this Motion for Expedited Hearing on the Trustee's Motion for Entry of Order Confirming the Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066 (Docket No. 87), and in support of this motion, states as follows:

1.  On August 11, 2022, the Trustee filed the Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066 (Docket No. 87) (the "Change Locks Motion"), seeking entry of an order confirming the Trustee's authority to change the locks on Units D, E and F at 10123 Colvin Run Drive, Great Falls, VA 22066 (the "Premises"). The Premises are leased by the Debtor from Colvin Properties, LLC.

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel for Chapter 7 Trustee

2. The next available regular motions hearing date is September 6, 2022, assuming that 14 days' notice is given. The Trustee believes that it is important to secure the Premises as soon as possible, and therefore is requesting that an earlier hearing be set on the Change Locks Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter an order setting an expedited hearing on the Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066, and granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: August 11, 2022

By: /s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
(703) 556-7871

Proposed Counsel to Chapter 7 Trustee

CERTIFICATION REGARDING MOTION FOR EXPEDITED
HEARING ON TRUSTEE'S MOTION FOR ENTRY OF ORDER
<u>CONFIRMING TRUSTEE'S AUTHORITY TO CHANGE LOCKS</u>

JANET M. MEIBURGER, proposed counsel for the Chapter 7 Trustee, in regard to the Motion for Expedited Hearing on Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066, certifies as follows:

(1) She has carefully examined the matter and concluded that there is a true need for an expedited hearing on the Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066;

(2) She has not created the need for an expedited hearing through any lack of due diligence; and

(3) She is unable to change the locks on the Premises until these matters are resolved.

            /s/ Janet M. Meiburger
            Janet M. Meiburger

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 11th day of August, 2022, a true and correct copy of the foregoing Motion for Expedited Hearing on Trustee's Motion for Entry of Order Confirming the Trustee's Authority to Change the Locks at the Debtor's Business Premises Located at 10123 Colvin Run Drive, Great Falls, VA 22066 will be served by ECF e mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Colvin Properties, LLC
Attn: Zia Hasanzadeh
104 S. Early St.
Alexandria, VA 22314

Colvin Properties, LLC
Attn: Michael M. Hadeed, Jr., Esq.
510 King St., Suite 400
Alexandria, VA 22314

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\BV Management, LLC (22-10662)\Pleadings\Trustee's Motion for Authority to Change Locks.Expedited Hearing.Motion.1.doc

4