IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10662-BFK |
| | ) | (Chapter 7) |
| BV MANAGEMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO ADMIT KESHA L. TANABE *PRO HAC VICE*** 

Comes now Cedar Glade LP ("Cedar Glade"), by and through undersigned counsel, pursuant to Local Rule 2090-1(E)(3), and moves this Honorable Court to admit Kesha L. Tanabe ("Ms. Tanabe") *pro hac vice* and in support thereof states as follows:

1. Ms. Tanabe is an attorney admitted to practice before the United States District and Bankruptcy Courts for the (i) District of North Dakota; (ii) District of Minnesota; (iii) Southern District of New York; and (iv) Eastern District of New York.

2. Ms. Tanabe has never been disbarred, suspended, or denied admission to practice law before any court.

3. Ms. Tanabe understands that if she is admitted *pro hac vice* in the above-referenced matter, she will be subject to the disciplinary jurisdiction of this Honorable Court.

4. Ms. Tanabe's written application is attached hereto as Exhibit A and incorporated herein by reference.

5. Local counsel for Cedar Glade will be the undersigned, who is formally admitted to practice before this Honorable Court and who knows Ms. Tanabe, personally and professionally, and attests to the exemplary nature of her character and legal acumen.

6. Local counsel for Cedar Glade appreciates the role of local counsel under the Local Rules of this Honorable Court and is prepared to discharge the duties attendant thereto.

7. Insofar as "[n]o response period or notice of motion is required for a motion for pro hac vice admission," Local Rule 2090-1(E)(3), no formal notice is appended hereto.

Respectfully Submitted,

Dated: June 6, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for Cedar Glade*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig