**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In Re:<br><br>BV MANAGEMENT LLC,<br><br>Debtor. | Case No.: 22-10662-BFK<br><br>Chapter 7 |

**PRECAUTIONARY RESPONSE OF CEDAR GLADE CAPITAL**

**REGARDING TRUSTEE'S FINAL REPORT**

CEDAR GLADE CAPITAL LP ("CGC"), files this response, on a precautionary basis, with respect to: (1) the Trustee's Final Report (the "TFR") [ECF 529]; (2) the Objection to the Final Report (the "Objection") filed by G2 BVM, LLC and The Fred R. Gumbinner Living Trust (the "G2 Creditors") [ECF 533]; and (3) the Trustee's Response to the Objection (the "Reply") [ECF 534].

To the extent the TFR is not approved at the hearing on June 10, 2025, CGC respectfully submits that allowance of Claim Nos. 8 and 9 should be litigated in a procedurally appropriate forum. Allowance of such claims would have a substantial pecuniary impact on general unsecured creditors like CGC, and the June 10 hearing provides creditors with inadequate notice and opportunity to respond. CGC hereby reserves all rights with respect to the claims of the G2 Creditors.

*[Signature on Following Page]*

                Respectfully Submitted,

Dated: June 9, 2025        By:   /s/ Maurice B. VerStandig
                Maurice B. VerStandig, Esq.
                Bar No. 81556
                The VerStandig Law Firm, LLC
                1452 W. Horizon Ridge Pkwy, #665
                Henderson, Nevada 89012
                Phone: (301) 444-4600
                Facsimile: (301) 444-4600
                mac@dcbankruptcy.com

                Kesha L. Tanabe, Esq.
                *Pro Hac Vice Pending*
                Vogel Law Firm
                218 NP Avenue
                PO Box 1389
                Fargo, North Dakota  58107-1389
                Phone: (701) 237-6983
                ktanabe@vogellaw.com

                *Counsel for Cedar Glade Capital LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                /s/ Maurice B. VerStandig
                Maurice B. VerStandig

2