IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10662-BFK |
| | ) | (Chapter 7) |
| BV MANAGEMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO ADMIT KESHA L. TANABE *PRO HAC VICE*** 

Upon consideration of the Motion to Admit Kesha L. Tanabe *Pro Hac Vice* (the "Motion"), the declaration appended thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Kesha L. Tanabe be, and hereby is, ADMITTED *PRO HAC VICE*, to represent Cedar Glade LP in this chapter 7 case and any related proceedings, in accordance with the provisions and limitations of Local Rule 2090-1(E)(3).

Dated: Jun 9 2025

/s/ Brian F Kenney
Hon. Brian F. Kenney, Chief Judge
United States Bankruptcy Court for
the Eastern District of Virginia

Entered on Docket: Jun 9 2025

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for Cedar Glade*

**Local Bankruptcy Rule 9022-1 Certification**

I hereby certify that this proposed order has been signed by all necessary parties and, more specifically, that insofar as motions for admission *pro hac vice* are administrative in nature and do not require notice be given to other parties, I do not believe any other parties in interest were required to review and/or endorse this order prior to its submission.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.