United States Bankruptcy Court
Eastern District of Virginia
____Alexandria____ **Division**

In re: BV Management LLC

Case No. 22-10662-BFK

Adv. Proceeding No. _____

Debtor(s)

### TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on 7/23/2025.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S): Janet M. Meiburger, Chapter 7 Trustee

ATTORNEY: Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Rd., Ste 201, McLean, VA 22101

APPELLEE(S): See Attached List

ATTORNEY: See Attached List

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order Sustaining Objection to Trustee's Final Report (#541)

Date Judgment/Order Entered: 7/15/2025

1. Filing Fees:   A. Notice of Appeal – Filing Fee $5.00     (✓) Paid     ( ) Not Paid
                  B. Appeal Docket Fee - $293.00              (✓) Paid     ( ) Not Paid     ( ) Deferred.  See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

CHARRI S. STEWART, Clerk of Court

By /s/ C. Baumgartner, Deputy Clerk

Date transmitted: August 5 2025          Telephone No. 804-916-2413

..................................................................................................

U.S. DISTRICT COURT CASE NUMBER: _____
DATE: _____  BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 01/25]

| **Appellee(s)** | **Attorney** |
|---|---|
| Mark Gross | W. Calvin Smith, Esq. |
| | Dunlap Bennett & Ludwig PLLC |
| | 211 Church St. S.E. |
| | Leesburg, VA 20175 |
| The Fred Gumbinner Living Trust c/o Fred Gumbinner, Trustee, Creditor | Kevin M. O'Donnell, Esq. |
| | Henry & O'Donnell, P.C. |
| | 300 N. Washington St., Suite 604 |
| | Alexandria, VA 22314 |
| G2BVM, LLC, Creditor | Kevin M. O'Donnell, Esq. |
| | Henry & O'Donnell, P.C. |
| | 300 N. Washington St., Suite 604 |
| | Alexandria, VA 22314 |