# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| BV MANAGEMENT LLC ) | Case No. 22-10662-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |

## AMENDED NOTICE OF APPEAL

Janet M. Meiburger, Trustee, by her undersigned counsel, hereby files this Amended Notice of Appeal under 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8002 and 8003. The order being appealed is the Memorandum Opinion and Order Sustaining Objection to Trustee's Final Report (Docket No. 541).

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

<u>Appellants</u>

>Janet M. Meiburger, Chapter 7 Trustee
>Janet M. Meiburger, Esq.
>The Meiburger Law Firm, P.C.
>1493 Chain Bridge Road, Suite 201
>McLean, VA  22101
>*Attorneys for Janet M. Meiburger, Trustee*

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

    Mark Gross, Creditor
W. Calvin Smith, Esq.
Dunlap Bennett & Ludwig PLLC
211 Church St. S.E.
Leesburg, VA  20175
*Attorneys for Mark Gross*

<u>Appellees</u>

    The Fred Gumbinner Living Trust c/o Fred Gumbinner, Trustee, Creditor
Kevin M. O'Donnell, Esq.
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 604
Alexandria, VA  22314
*Attorneys for The Fred Gumbinner Living Trust c/o Fred Gumbinner, Trustee*

    G2BVM, LLC, Creditor
Kevin M. O'Donnell, Esq.
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 604
Alexandria, VA  22314
*Attorneys for G2BVM, LLC*

                      Respectfully submitted,

                        THE MEIBURGER LAW FIRM, P.C.

Dated: August 11, 2025         By:  /s/ Janet M. Meiburger
                                        Janet M. Meiburger, Esq., VSB No. 31842
                                        The Meiburger Law Firm, P.C.
                                        1487 Chain Bridge Road, Suite 200
                                        McLean, Virginia 22101
                                        (703) 556-7871

                        Attorneys for Appellant Janet M. Meiburger

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of August, 2025, a true and correct copy of the foregoing Amended Notice of Appeal will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\BV Management, LLC (22-10662)\Appeal\Bankruptcy Pleadings\Notice of Appeal.Amended.docx