**United States Bankruptcy Court**
**Eastern District of Virginia**
__Alexandria__ **Division**

In re:  BV Management LLC                    Case No. 22-10662-BFK

                                             Adv. Proceeding No. _____

                                             Civil Action No. 25-cv-01325-LMB-LRV

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed on 7/23/2025 and transmitted on 8/5/2025.

1. (✓) Order/Judgment, Docket Record, Designation(s) [if any], and Items Designated
2. ( ) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
3. ( ) Copies of exhibits, if designated, included as a separate file(s): ___ electronic and/or ___ conventional, on paper
4. ( ) Copies of exhibits designated by Appellant/Appellee, filed conventionally, have not been submitted pursuant to FRBP 8009 and LBR 8009-1
5. ( ) Other Documents _____
   _____
6. ( ) No Designation of Record on Appeal filed (See Certification Below)

                                             CHARRI S. STEWART Clerk of Court

Date: 9/8/2025                               By /s/ C. Baumgartner, Deputy Clerk

.................................................................................................

### CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8009 and Local Bankruptcy Rule 8009-1 has not been filed within 14 days after the filing of the notice of appeal.

                                             CHARRI S. STEWART Clerk of Court

                                             By: _____, Deputy Clerk

.................................................................................................

### RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No. _____.

Date: _____            By: _____, Deputy Clerk

[transeapp ver. 01/25]