**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | |
| | ) | |
| BV MANAGEMENT LLC | ) | Case No. 22-10662-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE**
**REGARDING THE CLAIMS OF G2BVM, LLC (CLAIM 8-2)**
**AND THE FRED R. GUMBINNER LIVING TRUST (CLAIM 9-3)**

PLEASE TAKE NOTICE that Janet M. Meiburger, the Chapter 7 Trustee ("Trustee"), has filed a Trustee's Motion to Approve Compromise Regarding the Claims of G2BVM, LLC (Claim 8-2) and The Fred Gumbinner Living Trust (Claim 9-3) (the "Motion"). The Motion is on file with the United States Bankruptcy Court and can be obtained by accessing the court's website at www.vaeb.uscourts.gov or by contacting the undersigned counsel.

On December 2, 2022, Claim 8-1 was filed on behalf of G2 BVM, LLC and Claim 9-1 was filed on behalf of The Fred R. Gumbinner Living Trust (the "Claimants"). Claim 8-1 was in the amount of $2,979,209.00 and Claim 9-1 was in the amount of $342,143.00. Fred Gumbinner is the representative of both of the Claimants. Both claims stated that all or part of the claim was secured. However, Claim 8-1 stated that the amount of the claim that was secured and the amount that was unsecured was "Unknown," and Claim 9-1 left the amount secured and the amount unsecured blank.

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
(703) 556-7871
Counsel for Chapter 7 Trustee

On May 5, 2025, the Trustee Final Report Before Distribution ("TFR") was filed (Docket No. 528).  The TFR showed Claims 8-1 and 9-1 as allowed secured claims but as not receiving any distribution because the Trustee did not administer the collateral securing these claims, which is the customary treatment for secured claims in which the Trustee does not liquidate the collateral for the claim.  The Claimants then filed amended claims.  Claim 8-2 was in the same total amount as Claim 8-1, $2,979,209.00, but it showed the secured amount as $35,000.00 and the unsecured amount as $2,944,209.00.  Claim 9-3 was in the same amount as Claim 9-1, $342,143.00, but it stated that the entire claim was unsecured.

The Trustee contended that the amended claims were untimely, in which case they would not receive any distribution under the TFR.  The Bankruptcy Court allowed the amended claims as timely, and its decision has now been affirmed by the U.S. District Court.

The compromise for which the Trustee seeks approval is that the claims will be allowed as unsecured claims in the aggregate amount of $1,600,000.00.  This amount will be allocated proportionally to Claims 8-2 and 9-3, so that 89.7%, or $1,435,200.00, will be allocated to Claim 8-2 as an unsecured claim and $164,800.00, or 10.3%, will be allocated to Claim 9-3 as an unsecured claim.  Under this compromise, Claims 8-2 and 9-3 will absorb approximately 70% of the distribution to unsecured creditors.

The Trustee believes that the compromise described herein is an appropriate resolution of the amount of Claims 8-2 and 9-3 and is in the best interest of the other creditors.  Mr. Gumbinner has agreed to a significant reduction in the claims.  Absent a settlement, the claims would be costly to litigate and, as with any litigation, the outcome would be uncertain.  In addition, the proposed compromise will enable the Trustee to make a distribution to creditors in the near future, and will avoid the significant delay that would result if litigation were necessary.

**Your rights may be affected.**  You should read these papers carefully and discuss

them with your attorney, if you have one in this bankruptcy case.  (If you do not have an

attorney, you may wish to consult one.)

### NOTICE

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN
OPPOSITION TO THE MOTION AND SUPPORTING MEMORANDUM ARE FILED
WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN 21 DAYS
OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION
WAIVED, TREAT THE MOTION AS CONCEDED AND ISSUE AN ORDER
APPROVING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: May 8, 2026

By:  /s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
(703) 556-7871
Attorney for Chapter 7 Trustee

3

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 8th day of May, 2026, a true and correct copy of the foregoing Notice of Trustee's Motion to Approve Compromise Regarding the Claims of G2BVM, LLC (Claim 8-2) and The Fred Gumbinner Living Trust (Claim 9-3) will be served by ECF e mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid, without this certificate of service, on the attached creditor mailing matrix.

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\BV Management, LLC (22-10662)\Pleadings\Gumbinner.Settlement Motion.1.Notice.3.docx

Label Matrix for local noticing
0422-1
Case 22-10662-BFK
Eastern District of Virginia
Alexandria
Fri May  8 09:38:44 EDT 2026

BV Management LLC
10001 Georgetown Pike
Suite 1170
Great Falls, VA 22066-8054

(p)CEDAR GLADE CAPITAL LLC
ATTN ATTN ROBERT MINKOFF
600 MADISON AVENUE 17TH FLOOR
NEW YORK NY 10022-1680

Colvin Properties, LLC
Executive Law Partners, PLLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030-5035

G2 BVM LLC
4826 Piney Branch Road
Fairfax, VA 22030-6233

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

TN Dept of Revenue
c/o TN Atty General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The Fred R. Gumbiner Living Trust
4826 Piney Branch Road
Fairfax, VA 22030-6233

The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

Walton & Adams, P.C.
1925 Isaac Newton Square, Suite 250
Reston, VA 20190-5024

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Colvin Properties LLC
Attn:  Zia Hasanzadeh
104 S. Early St.
Alexandria, VA 22304-6311

Colvin Properties, LLC
Attn:  Michael M. Hadeed, Jr., Esq.
510 King St., Suite 400
Alexandria, VA 22314-3132

David Amsellem
c/o Jonathan B. Vivona, Esq.
601 King Street, Ste 400
Alexandria, VA 22314-3151

Dirk Thomas
John McIntyre
c/o McIntyre Stein & Ashby
101 W. Main Street, Suite 920
Norfolk, VA 23510-1624

G2 BVM, LLC
c/o Kevin O'Donnell
300 N Washington Street, Suite 204
Alexandria, VA 22314-2530

GV BVM LLC
Attn:  Fred Gumbinner
4826 Piney Branch Road
Fairfax, VA 22030-6233

Icon Finance, LLC
300 N. Washington Street, Suite 204
Alexandria, VA 22314-2530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James M. Newberry
8642 Overlook Road
McLean, VA 22102-1524

Mark Gross
c/o Dunlap Bennett & Ludwig PLLC
Attn: W. Calvin Smith
211 Church Street SE
Leesburg, VA 20175-3034

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston MA 02204-7090

Rick Rahim
P.O. Box 1170
Great Falls, VA 22066-8170

TN Dept of Revenue
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

The Fred R. Gumbinner Living Trust
c/o Fred Gumbinner, Trustee
Kevin O'Donnell
300 N. Washington Street, Suite 204
Alexandria, VA 22314-2530

Virginia Department of Taxation
P.O. Box 2156
Richmond, VA 23218-2156

David Amsellem
c/o Jonathan B. Vivona, Esquire
601 King Street, Ste 400
Alexandria, VA 22314-3151

Janet M. Meiburger
Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207-0264

John P. Forest II
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030-6044

John P. Forest, II
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030-6044

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cedar Glade LP
600 Madison Ave., 17th Floor
New York, NY 10022

(d)Cedar Glade LP
600 Madison Avenue, 17 th Floor
New York, NY 10022
Attn: Robert K. Minkoff, President

Stephen Karbelk
20333 Medalist Drive
Ashburn, VA 20147


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Luxury Lease Company, LLC

(u)United States Trustee

(u)Mark Gross


(d)Rick Rahim
PO Box 1170
Great Falls, VA 22066-8170

End of Label Matrix
Mailable recipients    32
Bypassed recipients     4
Total                  36