John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Withdrawing Counsel for the Debtor*

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE  BV MANAGEMENT LLC | ) |  |
|  | ) | Docket No. 21-10662-BFK |
| Debtor | ) | Chapter 7 |
|  | ) |  |

## MOTION FOR LEAVE TO WITHDRAW

John P. Forest, II moves this Court for entry of an order withdrawing as counsel and as grounds states that he is subject to an interim suspension of his license to practice law and is required to withdraw as counsel.

Wherefore, the undersigned requests that this Court enter an order providing for his withdrawal as counsel.

Respectfully submitted:

/s/ John P. Forest, II
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone: (703) 691-4940
Email:  john@forestlawfirm.com
*Withdrawing Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, that I have electronically filed this MOTION FOR LEAVE

TO WITHDRAW with the Clerk of the Court which provides electronic notice of such filing to all parties

who receive notice in this matter; and I have mailed a true and correct copy of the foregoing pleading to:

BV Management LLC
Rick Rahim
634 River Bend Rd.
Great Falls, VA 22066


*/s/ John P. Forest, II*
John P. Forest, II