**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BV MANAGEMENT LLC | ) | Case No. 22-10662-BFK |
| | ) | Chapter 7 |
| Debtors | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING COMPROMISE REGARDING THE
CLAIMS OF G2BVM, LLC (CLAIM 8-2) AND
THE FRED R. GUMBINNER LIVING TRUST (CLAIM 9-3)**

Upon consideration of the Trustee's Motion to Approve Compromise Regarding the Claims of G2BVM, LLC (Claim 8-2) and The Fred R. Gumbinner Living Trust (Claim 9-3) (the "Motion") (Docket No. 555), filed by Janet M. Meiburger, Chapter 7 Trustee in the above-captioned case, and the time to object to the Motion having expired on May 29, 2026, and no objections having been filed, and the Court finding that good cause exists to grant the Motion, it is hereby

ORDERED that the settlement regarding the claims of G2BVM, LLC (Claim 8-2) and The Fred R. Gumbinner Living Trust (Claim 9-3), as described in the Motion, is approved; and it is further

ORDERED that Claim 8-2, filed on behalf of G2BVM, LLC, is allowed as a general unsecured claim in the amount of $1,435,200.00; and it is further

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
(703) 556-7871
Counsel for Chapter 7 Trustee

ORDERED that Claim 9-3, filed on behalf of The Fred R. Gumbinner Living Trust, is allowed as a general unsecured claim in the amount of $164,800.00.

Date: Jun 8 2026

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Jun 9 2026

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
*Counsel for Chapter 7 Trustee*

SEEN AND AGREED:

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, Esq.,VSB No. 30086
Henry & O'Donnell, P.C.
300 N. Washington Street, Suite 604
Alexandria, VA 22314
Phone: (703) 548-2100
*Counsel to G2 BVM, LLC and The Fred R. Gumbinner Living Trust*

2

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Approving Compromise Regarding

the Claims of G2BVM, LLC (Claim 8-2) and The Fred R. Gumbinner Living Trust (Claim 9-3)

has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

3

**PARTIES TO RECEIVE COPIES BY MAIL:**

None