**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

BV MANAGEMENT LLC,

              Debtor.

Case No. 22-10662-BFK
Chapter 7

## ORDER GRANTING LEAVE TO WITHDRAW

The Court has before it, John P. Forest's Motion for Leave to Withdraw.  Docket No. 557.

The basis for the motion is the Movant's interim suspension of his license to practice law, thus

requiring him to withdraw as counsel.  Having reviewed the motion, the Court finds cause to grant

leave for counsel to withdraw.  Accordingly, it is

      **ORDERED**:

      1.     Mr. John P. Forest's Motion for Leave to Withdraw (Docket No. 557) is

**GRANTED.**  Mr. Forest is permitted to withdraw as counsel.

      2.     The Clerk shall deliver copies of this Order, or give CM-ECF notice of its entry, to

the parties listed below.

Date: Jun 17 2026

Alexandria, Virginia

/s/ Brian F Kenney

HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Entered On Docket:  Jun 22 2026

BV Management LLC
10001 Georgetown Pike
Suite 1170
Great Falls, VA 22066
*Debtor*

Rick Rahim
PO Box 1170
Great Falls, VA 22066
*Debtor Designee*

John P. Forest, II
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030
*Movant/Former Counsel for Debtor*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
*Chapter 7 Trustee*

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143
*Counsel to Chapter 7 Trustee*

Sara Kathryn Jackson
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*