**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re:  BV MANAGEMENT LLC             §   Case No. 22-10662-BFK
                                      §
                                      §
                                      §

                    Debtor(s)

### AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 05/26/2022. The case was converted to one under Chapter 7 on 07/27/2022. The undersigned trustee was appointed on 07/28/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $_____532,622.19

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 185,689.90 |
| Bank service fees | 8,038.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 338,893.91 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/05/2022 and the deadline for filing governmental claims was 12/05/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,881.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,881.11, for a total compensation of $29,881.11[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2,856.41 for total expenses of $2,856.41[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2026

By: /s/ Janet M. Meiburger

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**   22-10662-BFK

**Case Name:**   BV MANAGEMENT LLC

**For Period Ending:**   06/23/2026

**Trustee Name:**   (660410) Janet M. Meiburger

**Date Filed (f) or Converted (c):**   07/27/2022 (c)

**§ 341(a) Meeting Date:**   09/01/2022

**Claims Bar Date:**   12/05/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account at TD Bank Account, xxxxxx | 8,000.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit held by Landlord | 36,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposit with the Clerk of the Fairfax County Circuit Court - Appeal from General District Court to Circuit Court | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit with the Clerk of the Fairfax County Circuit Court - Appeal from Circuit Court to Supreme Court | 40,000.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $0. Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old. Face amount = $1200000.Doubtful/Uncollectible accounts = $0. | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 7 | Computer processors, power cables, monitors, keybords. Valuation Method: | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2011 Ford Truck 1FDWE3FLGBDA95699. Valuation Method: | 5,000.00 | 5,000.00 | | 6,000.00 | FA |
| 9 | 10123 Colvin Run Rd. Great Falls, VA 22066 10123 Colvin Run Rd., Great Falls, VA 22066, leasehold, Valuation Method: | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Customer lists. Valuation Method: | Unknown | 0.00 | | 0.00 | FA |
| 11 | Busness Process Systems. Valuation Method: Debtor's estimate pf Val | 200,000.00 | 0.00 | | 0.00 | FA |
| 12 | Amazon accounts. Valuation Method: Debtor's estimate pf Val | 500,000.00 | 0.00 | | 0.00 | FA |
| 13 | Rent Claims against those persons identified on schedule G as Sub-Tenants, Rent. Amount Requested: $ | Unknown | 0.00 | | 0.00 | FA |
| 14 | Executory Contracts with those persons identified on schedule H. Values are unknown, . Amount Requested: $ | Unknown | 0.00 | | 0.00 | FA |
| 15 | Wells Fargo Account No. -2022 (u) | 0.00 | 174.47 | | 174.47 | FA |
| 16 | Wells Fargo Account No. -5683 (u) | 0.00 | 68.35 | | 68.35 | FA |
| 17 | Wells Fargo Account No. -1547 (u) | 0.00 | 262.74 | | 262.74 | FA |
| 18 | Funds Turned Over in Converted Case (u) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 19* | Preference Claim Against Mark Gross (u) (See Footnote) | 40,000.00 | 40,000.00 | | 30,000.00 | FA |

**Form 1**

## Individual Estate Property Record and Report

### Asset Cases

Exhibit A

Page: 2

**Case No.:**   22-10662-BFK

**Case Name:**   BV MANAGEMENT LLC

**For Period Ending:**   06/23/2026

**Trustee Name:**   (660410) Janet M. Meiburger

**Date Filed (f) or Converted (c):**   07/27/2022 (c)

**§ 341(a) Meeting Date:**   09/01/2022

**Claims Bar Date:**   12/05/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Judgment against Rick Rahim entered on 1/24/2023 (Docket Nos. 314 & 315) (u) | 173,215.00 | 86,000.00 | | 86,510.05 | FA |
| 21 | Judgment against Rick Rahim entered 2/9/2023 (Docket Nos. 328 & 329) (u) | 77,058.75 | 0.00 | | 0.00 | FA |
| 22* | Preference Claim Against Luxury Lease Company (u) (See Footnote) | 15,985.05 | 15,985.05 | | 11,988.78 | FA |
| 23* | Avoidance Claim Against Stelios and Valli Kirimlis (u) (See Footnote) | 20,000.00 | 20,000.00 | | 18,000.00 | FA |
| 24 | Fiserv Reserve Funds (u) | 19,033.78 | 19,033.78 | | 19,033.78 | FA |
| 25 | TD Ameritrade Account -7383 Fraudulent Transfer (u) | 37,755.70 | 37,755.70 | | 37,755.70 | FA |
| 26 | Deposit for Chapter 11 Fees and Expenses of Attorney for Debtor (u) | 17,000.00 | 17,000.00 | | 17,000.00 | FA |
| 27 | Judgment against Rick Rahim entered 2/9/2023 (Docket Nos. 330 & 331) (u) | 77,068.75 | 0.00 | | 0.00 | FA |
| 28 | Lease with Luxury Lease Company for 2016 Lamborghini Aventador sports car (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | Lease with Luxury Lease Company for 2020 Lamborghini Urus SUV (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 30 | Judgment Against Rick Rahim entered on 2/7/2023 (Docket Nos. 330 and 331) (u) Void as Duplicate | 77,058.76 | 0.00 | | 0.00 | FA |
| 31* | Avoidance Claim Against Patrick A. Mullin  (u) (See Footnote) | 19,856.00 | 19,856.00 | | 19,856.00 | FA |
| 32* | Avoidance Claim Against Lawrence Gordon (Adv. Pro. 23-01033) (u) (See Footnote) | 13,000.00 | 13,100.00 | | 13,100.00 | FA |
| 33* | Avoidance Claim Against CitiBank (u) (See Footnote) | 26,000.00 | 26,000.00 | | 26,000.00 | FA |
| 34* | Avoidance Claim Against Performance Automotive Group, Inc. (Adv. No. 23-01024) (u) Adv. Complaint filed 5/16/23 (avoidable fraudulent transfers) (See Footnote) | 100,000.00 | 125,697.00 | | 22,500.00 | FA |
| 35* | Avoidance Claim Against Discover (Adv. 24-01024) (u) (See Footnote) | 19,000.00 | 19,000.00 | | 19,000.00 | FA |
| 36* | Avoidance Claim Against Synchrony Bank (Adv. No. 24-01025) (u) (See Footnote) | 37,500.00 | 37,500.00 | | 37,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

**Case No.:**   22-10662-BFK

**Case Name:**   BV MANAGEMENT LLC

**For Period Ending:**   06/23/2026

**Trustee Name:**   (660410) Janet M. Meiburger

**Date Filed (f) or Converted (c):**   07/27/2022 (c)

**§ 341(a) Meeting Date:**   09/01/2022

**Claims Bar Date:**   12/05/2022

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 37* | Avoidance Claim Against PHH Mortgage Services (Adv. No. 24-01021) (u) (See Footnote) | 100,000.00 | 100,000.00 | | 100,188.97 | FA |
| 38* | Avoidance Claim Against TD Bank USA, N.A. (u) Adv. 24-01026 (See Footnote) | 17,000.00 | 17,000.00 | | 17,683.35 | FA |
| **38** | **Assets Totals (Excluding unknown values)** | **$2,975,531.79** | **$649,433.09** | | **$532,622.19** | **$0.00** |

RE PROP# 19      Settlement Approved Per Court Order (Docket No. 342).

RE PROP# 22      Settlement Approved Per Court Order (Docket No. 390).

RE PROP# 23      Settlement Approved Per Court Order (Docket No. 403).

RE PROP# 31      Settlement Approved Per Court Order (Docket No. 436).

RE PROP# 32      Full Payment of Judgment in Adv. Pro. No. 23-01033.

RE PROP# 33      Settlement Approved Per Court Order (Docket No. 470).

RE PROP# 34      Settlement Approved Per Court Order (Docket No. 481).

RE PROP# 35      Settlement Approved Per Court Order (Docket No. 496).

RE PROP# 36      Settlement Approved Per Court Order (Docket No. 482).

RE PROP# 37      Settlement Approved Per Court Order (Docket No. 488).

RE PROP# 38      Full Payment of Judgment in Adv. Pro. No. 24-01026.

**Major Activities Affecting Case Closing:**

7/10/2025 - The TFR was approved by the UST and submitted to the Court on May 5, 2025.  An objection to the TFR was filed and was the subject of a hearing on June 12, 2025.  The court took the matter under advisement and has not yet ruled.  Even if the court overrules the objection, the TFR will be amended to include the additional attorney fees incurred in connection with the objection.

7/7/2024 -- Special counsel is continuing to pursue the fraudulent transfer claims.  It was determined after further review that there were no preference claims.

07/9/23 - The Trustee's special counsel, Robert Marino, is pursuing recovery of various preferences and fraudulent conveyances.

**Initial Projected Date Of Final Report (TFR):**   09/30/2023

**Current Projected Date Of Final Report (TFR):**   05/02/2025 (Actual)

UST Form 101-7-TFR (5/1/2011)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 22-10662-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | BV MANAGEMENT LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1503 | Account #: | ******3467 Checking |
| For Period Ending: | 06/23/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/22 | {15} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -2022 | 1229-000 | 174.47 | | 174.47 |
| 10/24/22 | {16} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -5683 | 1229-000 | 68.35 | | 242.82 |
| 10/24/22 | {17} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -1547 | 1229-000 | 262.74 | | 505.56 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 500.56 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 495.56 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 490.56 |
| 01/23/23 | {8} | S.D. Cherner Motorcars, Inc T/A Cherner Brothers | Proceeds from Sale of Debtor's 2011 Ford Truck Per Court Order (Docket No. 306) | 1129-000 | 6,000.00 | | 6,490.56 |
| 01/25/23 | 101 | Auction Markets, LLC | Sales Agent Fee and Expenses for Sale of Debtor's Ford Truck Per Court Order (Docket No. 306) | | | 620.00 | 5,870.56 |
| | | | Auctioneer Expenses $20.00 | 3620-000 | | | |
| | | | Auctioneer Fee $600.00 | 3620-000 | | | |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,865.56 |
| 02/02/23 | {18} | United States Treasury | Payment from the Clerk of the Court Per Court Order (Adv. Pro. 22-10193 Docket No. 18) | 1290-010 | 50,000.00 | | 55,865.56 |
| 02/22/23 | {19} | Dunlap Bennett & Ludwig PLLC | Mark Gross Settlement Payment Per Court Order (Docket No. 342) | 1241-000 | 30,000.00 | | 85,865.56 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 88.13 | 85,777.43 |
| 03/09/23 | 102 | INSURANCE PARTNERS | 1113003 | 2300-000 | | 31.67 | 85,745.76 |
| 03/15/23 | 103 | The Meiburger Law Firm P.C. | Payment of Interim Fees Pursuant to Court Order (Docket No. 356). | 3110-000 | | 27,700.00 | 58,045.76 |
| 03/15/23 | 104 | The Meiburger Law Firm P.C. | Payment of Interim Expenses Pursuant to Court Order (Docket No. 356). | 3120-000 | | 1,600.91 | 56,444.85 |
| 03/16/23 | 105 | Nationwide Credit Corporation | Personal Property Tax on Ford Truck Per Court Order (Docket No. 306). | 2820-000 | | 608.51 | 55,836.34 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.30 | 55,718.04 |
| 04/12/23 | | John P. Forest II | Surplus of Attorney Fee Deposit Over Allowed Compensation for Chapter 11 Fees and Expenses Per Court Order (Docket No. 365). | | 2,667.20 | | 58,385.24 |
| | {26} | | Deposit for Chapter 11 Attorney Fees and Expenses $17,000.00 | 1290-000 | | | |
| | | John Forest | Chapter 11 Attorney Fees Per Court Order (Docket No. 365) -$12,435.00 | 6700-000 | | | |

Page Subtotals:     $89,172.76     $30,787.52

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | |
|---|---|
| Case No.: | 22-10662-BFK |
| Case Name: | BV MANAGEMENT LLC |
| Taxpayer ID #: | **-***1503 |
| For Period Ending: | 06/23/2026 |

| | |
|---|---|
| Trustee Name: | Janet M. Meiburger (660410) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3467 Checking |
| Blanket Bond (per case limit): | $3,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | John Forest | Chapter 11 Attorney Expenses Per Court Order (Docket No. 365) -$1,897.80 | 6710-000 | | | |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 85.62 | 58,299.62 |
| 05/30/23 | {20} | TradeStation | Garnishment Proceeds Per Court Order (Docket No. 387) | 1249-000 | 10,119.10 | | 68,418.72 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.32 | 68,315.40 |
| 06/05/23 | {22} | Luxury Lease Partners, LLC | Preference Settlement Payment Per Court Order (Docket No. 390) | 1241-000 | 11,988.78 | | 80,304.18 |
| 06/22/23 | {23} | Law Offices Redmond, Peyton & Braswell, L.L.P. | Kirimilis Settlement Payment Per Court Order (Docket No. 403) | 1241-000 | 18,000.00 | | 98,304.18 |
| 06/22/23 | {20} | Fiserv Solutions LLC | Garnishment Proceeds Per Court Order (Docket No. 404) | 1249-000 | 75,480.84 | | 173,785.02 |
| 06/22/23 | {20} | Fiserv Solutions LLC | Garnishment Proceeds Per Court Order (Docket No. 404) | 1249-000 | 910.11 | | 174,695.13 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.84 | 174,529.29 |
| 07/11/23 | 106 | Robert M. Marino | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) Voided on 07/11/2023 | | | 31,313.45 | 143,215.84 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-604 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-614 | | | |
| 07/11/23 | 106 | Robert M. Marino | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) Voided: check issued on 07/11/2023 | | | -31,313.45 | 174,529.29 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-604 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-614 | | | |
| 07/11/23 | 107 | Redmon, Peyton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) | | | 31,313.45 | 143,215.84 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-610 | | | |
| 07/12/23 | {24} | Metropolitan Commercial Bank | Turnover of Reserve Funds by Fiserve Per Court Order (Docket No. 415) | 1290-000 | 19,033.78 | | 162,249.62 |
| 07/18/23 | {25} | Metropolitan Commercial Bank | Settlement of Adv Pro Re: TD Ameritrade Acct Per Court Order (Docket No. 419) | 1241-000 | 37,755.70 | | 200,005.32 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 293.14 | 199,712.18 |
| 08/30/23 | {31} | Whiteford, Taylor & Preston | Settlement with Patrick A. Mullin (Docket No.436) | 1241-000 | 19,856.00 | | 219,568.18 |
| | | | Page Subtotals: | | $193,144.31 | $31,961.37 | |

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| Case No.: | 22-10662-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | BV MANAGEMENT LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1503 | Account #: | ******3467 Checking |
| For Period Ending: | 06/23/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 353.18 | 219,215.00 |
| 09/28/23 | {32} | Capitol One Bank | Lawrence Gordon Avoidance Claim - Adversary 23-01033- Payment in Full | 1241-000 | 13,100.00 | | 232,315.00 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 340.33 | 231,974.67 |
| 10/18/23 | 108 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 441) | | | 26,320.64 | 205,654.03 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 441) $25,827.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Reimbursement of Expenses Per Court Order (Docket No. 441) $493.14 | 3220-610 | | | |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 390.95 | 205,263.08 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 328.98 | 204,934.10 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.50 | 204,616.60 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 359.84 | 204,256.76 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 315.59 | 203,941.17 |
| 03/01/24 | 109 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 450) | | | 15,085.98 | 188,855.19 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 450) $15,010.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 450) $75.98 | 3220-610 | | | |
| 03/20/24 | 110 | INSURANCE PARTNERS | 119437 | 2300-000 | | 95.37 | 188,759.82 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 297.40 | 188,462.42 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 321.31 | 188,141.11 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 310.74 | 187,830.37 |
| 06/13/24 | 111 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 462) | | | 22,231.20 | 165,599.17 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 462) $20,045.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 462) $2,186.20 | 3220-610 | | | |

Page Subtotals:    $13,100.00    $67,069.01

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 4

| Case No.: | 22-10662-BFK | Trustee Name: | Janet M. Meiburger (660410) |
|---|---|---|---|
| Case Name: | BV MANAGEMENT LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1503 | Account #: | ******3467 Checking |
| For Period Ending: | 06/23/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 275.46 | 165,323.71 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 290.67 | 165,033.04 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 263.78 | 164,769.26 |
| 09/18/24 | {33} | Citi Payment Services | Full and Final Settlement of Citibank, N.A. Adversary Proceeding (Main Case Docket No. 470) | 1241-000 | 26,000.00 | | 190,769.26 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 268.43 | 190,500.83 |
| 10/26/24 | {34} | GRSM50 | Full and Final Settlement of Performance Automotive Group, Inc. Adversary Proceeding (Main Case Docket No.481). | 1241-000 | 22,500.00 | | 213,000.83 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 338.56 | 212,662.27 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.24 | 212,345.03 |
| 12/03/24 | {35} | Discover | Full and Final Settlement of Discover Bank Adversary Proceeding (Main Case Docket No. 496) | 1241-000 | 19,000.00 | | 231,345.03 |
| 12/10/24 | 112 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 500) | | | 40,806.05 | 190,538.98 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 500) $40,707.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 500) $98.55 | 3220-610 | | | |
| 12/16/24 | {36} | Synchrony Bank | Full and Final Settlement of Synchrony Bank Adversary Proceeding (Main Case Docket No. 482) | 1241-000 | 37,500.00 | | 228,038.98 |
| 12/16/24 | {37} | PHH Mortgage Services | Settlement of PHH Mortgage Corporation Adversary Proceeding (Main Case Docket No. 489) | 1241-000 | 100,188.97 | | 328,227.95 |
| 12/18/24 | {38} | NORDSTROM CARD SERVICES INC. | Payment of Judgment Against TD Bank per Docket No. 17 in Adv. 24-01026 | 1241-000 | 17,683.35 | | 345,911.30 |
| 12/19/24 | {36} | Synchrony Bank | Returned Check (Payment Deposited 12/16/24 Ref 10018) | 1241-000 | -37,500.00 | | 308,411.30 |
| 12/27/24 | {36} | Synchrony Bank | Full and Final Settlement of Synchrony Bank Adversary Proceeding (Main Case Docket No. 482) (Replacement Check) | 1241-000 | 37,500.00 | | 345,911.30 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 460.52 | 345,450.78 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 572.07 | 344,878.71 |
| 02/21/25 | 113 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 516) | | | 4,764.49 | 340,114.22 |

Page Subtotals:     $222,872.32     $48,357.27

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 5

| Case No.: | 22-10662-BFK | Trustee Name: | Janet M. Meiburger (660410) |
| Case Name: | BV MANAGEMENT LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1503 | Account #: | ******3467 Checking |
| For Period Ending: | 06/23/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 516) $4,750.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 516) $14.49 | 3220-610 | | | |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 515.39 | 339,598.83 |
| 03/11/25 | 114 | INSURANCE PARTNERS | Bond-Renewal Policy #3792882 3/1/25-3/1/26; Acct #119437 | 2300-000 | | 178.83 | 339,420.00 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 526.09 | 338,893.91 |

| | COLUMN TOTALS | 518,289.39 | 179,395.48 | $338,893.91 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | Subtotal | 518,289.39 | 179,395.48 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $518,289.39 | $179,395.48 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page:   6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 06/23/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $518,289.39 |
| Plus Gross Adjustments: | $14,332.80 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $532,622.19 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3467 Checking | $518,289.39 | $179,395.48 | $338,893.91 |
| | **$518,289.39** | **$179,395.48** | **$338,893.91** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

## Exhibit C

## Analysis of Claims Register

### Case: 22-10662-BFK BV MANAGEMENT LLC

Claims Bar Date: 12/05/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8S -2 | G2 BVM, LLC c/o Fred Gumbinner 4826 Piney Branch Road, Suite 200 Fairfax, VA 22030 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 12/02/22 | | $35,000.00 $0.00 | $0.00 | $0.00 |
| | No distribution because the claimant's collateral was not administered. | | | | | |
| ATT EXP | The Meiburger Law Firm P.C. 1487 Chain Bridge Road, Suite 200 McLean, VA 22101 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 03/15/23 | | $1,600.91 $1,600.91 | $1,600.91 | $0.00 |
| | Prior expenses of counsel for Trustee were approved and paid in the amount of $1,600.91 (Docket 355). | | | | | |
| ATT FEE | The Meiburger Law Firm P.C. 1487 Chain Bridge Road, Suite 200 McLean, VA 22101 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 03/15/23 | | $73,720.00 $73,720.00 | $27,700.00 | $46,020.00 |
| | Prior fees of counsel for Trustee were approved and paid in the amount of $27,700.00 (Docket 355). | | | | | |
| CLERK 1 | U.S. Bankruptcy Court 200 S. Washington Street Alexandria, VA 22314 <2700-000 Clerk of the Court Costs> , 200 | Administrative 11/29/22 | | $350.00 $350.00 | $0.00 | $350.00 |
| | Deferred filing fee for Adversary Proceeding 22-01093 (Docket 261). | | | | | |
| CLERK 2 | U.S. Bankruptcy Court 200 S. Washington Street Alexandria, VA 22314-5405 <2700-000 Clerk of the Court Costs> , 200 | Administrative 05/19/23 | | $350.00 $350.00 | $0.00 | $350.00 |
| | Deferred filing fee for Adversary Proceeding 23-01018 (Docket 373). | | | | | |
| CLERK 3 | U.S. Bankruptcy Court 200 S. Washington Street Alexandria, VA 22314 <2700-000 Clerk of the Court Costs> , 200 | Administrative 05/24/23 | | $350.00 $350.00 | $0.00 | $350.00 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Analysis of Claims Register**

**Case: 22-10662-BFK BV MANAGEMENT LLC**

Claims Bar Date: 12/05/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Deferred filing fee for Adversary Proceeding 23-01024 (Docket 382). | | | | | |
| SC EXP | Redmond, Peyton & Braswell, LLP Redmon, Peyton, & Braswell, LLP ATTN Robert Marino 510 King Street, Suite 301 Alexandria, VA 22314 <3220-610 Special Counsel for Trustee Expenses> , 200 | Administrative 07/11/23 | | $2,939.31 $2,939.31 | $2,939.31 | $0.00 |
| | Special counsel for trustee expenses (Dockets. 420, 441, 450, 462, 500 and 516). | | | | | |
| SC FEE | Redmond, Peyton & Braswell, LLP Redmon, Peyton & Braswell, LLP ATTN Robert Marino 510 King Street, Suite 301 Alexandria, VA 22314 <3210-600 Special Counsel for Trustee Fees> , 200 | Administrative 07/11/23 | | $137,582.50 $137,582.50 | $137,582.50 | $0.00 |
| | Special counsel for trustee fees (Dockets. 420, 441, 450, 462, 500 and 516). | | | | | |
| TRUST EE EXP | Janet M. Meiburger 1487 Chain Bridge Rd, Ste 200 McLean, VA 22101 <2200-000 Trustee Expenses> , 200 | Administrative 06/16/26 | | $2,856.41 $2,856.41 | $0.00 | $2,856.41 |
| TRUST EE FEE | Janet M. Meiburger 1487 Chain Bridge Rd, Ste 200 McLean, VA 22101 <2100-000 Trustee Compensation> , 200 | Administrative 12/27/24 | | $29,881.11 $29,881.11 | $0.00 | $29,881.11 |
| ATT EXP | John Forest 11350 Random Hill Rd Suite 700 Fairfax, VA 22030 <6710-000 Other Prior Chapter Professional's Expenses> , 300 | Administrative 07/22/23 | | $1,897.80 $1,897.80 | $1,897.80 | $0.00 |
| | Chapter 11 attorney for debtor expenses (Docket 365). | | | | | |

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 22-10662-BFK BV MANAGEMENT LLC

Claims Bar Date: 12/05/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATT FEE | John Forest<br>11350 Random Hill Rd<br>Suite 700<br>Fairfax, VA 22030<br><6700-000 Other Prior Chapter Professional's Fees><br>, 300 | Administrative<br>07/22/23 | | $12,435.00<br>$12,435.00 | $12,435.00 | $0.00 |
| | Chapter 11 attorney for debtor fees (Docket 365). | | | | | |
| SUB V TT EXP | Jolene E. Wee<br>JW Infinity Consulting, LLC<br>447 Broadway Street 2nd FL #502<br>New York, NY 10013<br><6102-000 Prior Chapter Trustee Expenses><br>, 300 | Administrative<br>04/11/25 | | $25.63<br>$25.63 | $0.00 | $25.63 |
| | Subchapter V Trustee expenses (Docket 61). | | | | | |
| SUB V TT FEE | Jolene E. Wee<br>JW Infinity Consulting, LLC<br>447 Broadway Street 2nd FL #502<br>New York, NY 10013<br><6101-000 Prior Chapter Trustee Compensation ><br>, 300 | Administrative<br>04/11/25 | | $2,185.00<br>$2,185.00 | $0.00 | $2,185.00 |
| | Subchapter V Trustee fees (Docket 61). | | | | | |
| 1 | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/21/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Withdrawn by creditor (Docket 526). | | | | | |
| 2 | TN Dept of Revenue<br>c/o TN Attorney Generals Office<br>Bankruptcy Division, PO Box 20207<br>Nashville, TN 37202-0207<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>07/05/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Withdrawn by creditor (Docket 136). | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

## Exhibit C

## Analysis of Claims Register

### Case: 22-10662-BFK BV MANAGEMENT LLC

Claims Bar Date: 12/05/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 7P | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br><br>11/03/22 | | $950.48<br><br>$950.48 | $0.00 | $950.48 |
| 3-2 | Mark Gross<br>W. Calvin Smith<br>211 Church Street SE<br>Leesburg, VA 20175<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>08/03/22 | | $337,004.98<br><br>$337,004.98 | $0.00 | $337,004.98 |
| | Claim was amended to reflect preference settlement payment per order approving settlement (Docket 308). | | | | | |
| 4 | Colvin Properties LLC<br>Colvin Properties LLC<br>106 S. Earley St.<br>Alexandria, VA 22304<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>08/04/22 | | $241,472.00<br><br>$193,458.54 | $0.00 | $193,458.54 |
| | Allowed in a reduced amount of $193,458.54 (Docket 520). | | | | | |
| 5 | Colvin Properties LLC<br>Attn: Zia Hasanzadeh<br>104 S. Early St.<br>Alexandria, VA 22314<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>08/04/22 | | $241,472.00<br><br>$0.00 | $0.00 | $0.00 |
| | Disallowed (Docket 520). | | | | | |
| 6 | Dirk Thomas<br>Jeffrey Downey, Esq.<br>8270 Greensboro Drive, Suite 810<br>McLean, VA 22102<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>11/02/22 | | $1,272,379.33<br><br>$0.00 | $0.00 | $0.00 |
| | Disallowed (Docket 521). | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 22-10662-BFK BV MANAGEMENT LLC

Claims Bar Date: 12/05/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7PEN | Massachusetts Department of Revenue Attn: Bankruptcy Unit PO Box 7090 Boston, MA 02204-7090 <7300-000 Fines, Penalties - § 726(a)(4)> , 630 | Unsecured 11/03/22 | | $198.00 $198.00 | $0.00 | $198.00 |
| 8U-2 | G2 BVM, LLC c/o Fred Bumbinner 4826 Piney Branch Road, Suite 200 Fairfax, VA 22030 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/22 | | $2,944,209.00 $1,435,200.00 | $0.00 | $1,435,200.00 |
| | Allowed in the reduced amount of $1,435,200.00 (Docket 559). | | | | | |
| 9-3 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee 4826 Piney Branch Road, Suite 200 Fairfax, VA 22030 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/22 | | $342,143.00 $164,800.00 | $0.00 | $164,800.00 |
| | Allowed in the reduced amount of $164,800.00 (Docket 559). | | | | | |
| 10 | Icon Finance, LLC c/o Fred Gumbinner 4826 Piney Branch Road, Suite 200 Fairfax, VA 22030 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/22 | | $124,864.00 $0.00 | $0.00 | $0.00 |
| | Disallowed (Docket 522). | | | | | |
| 11 | James M. Newberry 8642 Overlook Road McLean, VA 22102 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/22 | | $10,000.00 $10,000.00 | $0.00 | $10,000.00 |
| 12-2 | Cedar Glade LP 600 Madison Avenue, 17th Floor New York, NY 10022 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/22 | | $150,001.34 $150,001.34 | $0.00 | $150,001.34 |

## Exhibit C

## Analysis of Claims Register

### Case: 22-10662-BFK BV MANAGEMENT LLC

Claims Bar Date: 12/05/22

**Case Total:**   **$184,155.52**   **$2,373,631.49**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED AMENDED  DISTRIBUTION**

Exhibit D

Case No.: 22-10662-BFK
Case Name:  BV MANAGEMENT LLC
Trustee Name: Janet M. Meiburger

**Balance on hand:**     $                            338,893.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8S -2 | G2 BVM, LLC | 35,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $                0.00
Remaining balance:     $        338,893.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 29,881.11 | 0.00 | 29,881.11 |
| Trustee, Expenses - Janet M. Meiburger | 2,856.41 | 0.00 | 2,856.41 |
| Attorney for Trustee Fees - The Meiburger Law Firm P.C. | 73,720.00 | 27,700.00 | 46,020.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - The Meiburger Law Firm P.C. | 1,600.91 | 1,600.91 | 0.00 |
| Special Counsel for Trustee Fees - Redmond, Peyton & Braswell, LLP | 137,582.50 | 137,582.50 | 0.00 |
| Special Counsel for Trustee Expenses - Redmond, Peyton & Braswell, LLP | 2,939.31 | 2,939.31 | 0.00 |

Total to be paid for chapter 7 administrative expenses:     $        79,807.52
Remaining balance:     $        259,086.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - Jolene E. Wee | 2,185.00 | 0.00 | 2,185.00 |
| Prior Chapter Trustee Expenses - Jolene E. Wee | 25.63 | 0.00 | 25.63 |
| Other Prior Chapter Professional's Fees - John Forest | 12,435.00 | 12,435.00 | 0.00 |
| Other Prior Chapter Professional's Expenses - John Forest | 1,897.80 | 1,897.80 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for prior chapter administrative expenses:  $        2,210.63
Remaining balance:  $      256,875.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $950.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Massachusetts Department of Revenue | 0.00 | 0.00 | 0.00 |
| 2 | TN Dept of Revenue | 0.00 | 0.00 | 0.00 |
| 7P | Massachusetts Department of Revenue | 950.48 | 0.00 | 950.48 |

Total to be paid for priority claims:  $          950.48
Remaining balance:  $      255,925.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,290,464.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3-2 | Mark Gross | 337,004.98 | 0.00 | 37,655.28 |
| 4 | Colvin Properties LLC | 193,458.54 | 0.00 | 21,616.11 |
| 5 | Colvin Properties LLC | 0.00 | 0.00 | 0.00 |
| 6 | Dirk Thomas | 0.00 | 0.00 | 0.00 |
| 8U-2 | G2 BVM, LLC | 1,435,200.00 | 0.00 | 160,362.19 |
| 9-3 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee | 164,800.00 | 0.00 | 18,413.94 |
| 10 | Icon Finance, LLC | 0.00 | 0.00 | 0.00 |
| 11 | James M. Newberry | 10,000.00 | 0.00 | 1,117.35 |
| 12-2 | Cedar Glade LP | 150,001.34 | 0.00 | 16,760.41 |

Total to be paid for timely general unsecured claims:  $      255,925.28
Remaining balance:  $            0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $198.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 7PEN | Massachusetts Department of Revenue | 198.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**