**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BV MANAGEMENT LLC | ) | Case No. 22-10662-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

**AMENDED SECOND AND FINAL APPLICATION FOR
COMPENSATION FOR COUNSEL TO THE TRUSTEE**

Janet M. Meiburger, Chapter 7 Trustee, by her undersigned counsel, hereby files this

Amended Second and Final Application for Compensation for Counsel to the Trustee and states

as follows:

1.      On May 26, 2022, the Debtor filed a voluntary petition for relief pursuant to

Chapter 11 Subchapter V of the Bankruptcy Code (the "Petition Date"). On July 27, 2022, the

Court entered an order converting the case to a case under Chapter 7 (Docket No. 64). The

Trustee was appointed on July 28, 2022 (Docket No. 66).

2.      The Court entered an order on August 15, 2022 (Docket No. 94), pursuant to

which the Trustee was authorized to employ The Meiburger Law Firm, P.C. (the "Applicant") as

counsel to the Trustee and the bankruptcy estate.

3.      On March 14, 2023, the Court entered an Order (Docket Nos. 355 and 356) that

approved The Meiburger Law Firm, P.C.'s First Interim Application for Compensation and

Reimbursement of Expenses for Counsel to the Trustee (Docket No. 340), for the period from

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlngton, VA 22207
(703) 556-7871
Counsel for Chapter 7 Trustee

August 9, 2022 to January 31, 2023, in the amount of $27,700.00 for fees and $1,600.91 for expenses, for a total amount allowed of $29,300.91.  These fees and expenses have been paid.

4.     The Applicant makes this amended second and final application for allowance of compensation for professional services described below from February 1, 2023 to May 31, 2026, in the total amount of $46,020.00.

5.     The total value of the services performed by the Applicant for the benefit of the Trustee and the estate during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 34.50 | $500.00 | $17,250.00 |
| Janet M. Meiburger (JMM) | Principal | 54.80 | $525.00 | $28,770.00 |
| **TOTAL FEES:** | | **89.30** | | **$46,020.00** |

6.     The Applicant has provided services to the Trustee and the bankruptcy estate involving the following categories:

**Category A:  <u>General Legal Services</u>**.

7.     The total value of the services performed by the Applicant for this matter during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 32.3 | $500.00 | $16,150.00 |
| Janet M. Meiburger (JMM) | Principal | 54.8 | $525.00 | $28,770.00 |
| **TOTAL FEES:** | | **87.10** | | **$44,920.00** |

8.      These services related to case administration matters, such as obtaining approval for settlements of various avoidance actions; claim objections; the objection to the original Trustee Final Report; the appeal relating to the amendment of Claims 8 and 9; and obtaining approval of the compromise of the amount of Claims 8 and 9 once they were allowed to be amended.  The time entries that fall within this category are shown on the attached Exhibit "A."

**Category B:  Employment /Fee Application**

9.      The total value of the services performed by the Applicant for this matter during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 2.20 | $500.00 | $1,100.00 |
| **TOTAL FEES:** | | **2.20** | | **$1,100.00** |

10.      The time entries that fall within this category are shown on the attached Exhibit "B."

11.      All services for which compensation is requested were performed for and on behalf of the Trustee and for the benefit of the bankruptcy estate and not for any committee, creditor or other person.

12.      The Applicant certifies that fees are not being sought for work that is the responsibility of the Trustee. The Applicant further states that it has not shared or agreed to share any compensation requested pursuant to Section 503(b)(2) or Section 503(b)(4) of the Bankruptcy Code in a manner contrary to the provisions of Section 504 or the Bankruptcy Code.

WHEREFORE, Janet M. Meiburger, Chapter 7 Trustee, respectfully requests that the

Court enter an order approving the payment of $46,020.00 as compensation for services rendered

by The Meiburger Law Firm, P.C. from February 1, 2023 to May 31, 2026.

Respectfully submitted

THE MEIBURGER LAW FIRM, P.C.

Dated: June 24, 2026                    By:  /s/ Janet M. Meiburger
                                             Janet M. Meiburger, Esq. (VSB No. 31842)
                                             The Meiburger Law Firm, P.C.
                                             P.O. Box 7264
                                             Arlington, VA 22207
                                             (703) 556-7871
                                             Counsel to the Chapter 7 Trustee

J:\Trustee\BV Management, LLC (22-10662)\TFR to UST Amended\2212210662 BV Management Amended Second and Final Fee Application
(TMLF) Meiburger.docx

# EXHIBIT A

### *The Meiburger Law Firm, P.C.*
P.O. Box 7264
Arlington, VA 22207

Ph:(703) 556-7871 Fax:(703) 556-8609

BV Management LLC Bankruptcy Estate
c/o The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, Virginia
22207

June 22, 2026

Inv #:   4365

**RE:**   General Legal

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-06-23 | Draft attorney fee affidavit regarding Amazon user names and passwords and computer passwords. | 0.30 | 150.00 | JMM |
| | Legal research regarding Section 550. | 0.30 | 150.00 | JMM |
| Feb-07-23 | Revise and edit attorney fee affidavit. | 1.40 | 700.00 | JMM |
| | Revise and edit second Truist Rule 2004 motion. | 0.10 | 50.00 | JMM |
| Feb-12-23 | Revise and edit second Truist Rule 2004 motion and notice. | 0.10 | 50.00 | JMM |
| Feb-14-23 | Attend hearing on Mark Gross preference settlement; Prepare for same. | 0.20 | 100.00 | JMM |
| Feb-15-23 | Draft order approving Mark Gross preference settlement. | 0.20 | 100.00 | JMM |
| Feb-22-23 | Revise and edit subpoena to CBIZ payroll trust. | 0.40 | 200.00 | JMM |
| Feb-28-23 | Revise and edit Truist second Rule 2004 order. | 0.10 | 50.00 | JMM |
| Mar-03-23 | Draft Luxury Lease preference settlement motion. | 0.10 | 50.00 | JMM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Revise and edit second Truist subpoena. | 0.20 | 100.00 | JMM |
| Mar-27-23 | Draft Walton & Adams Rule 2004 motion and notice; Revise and edit Luxury Lease compromise motion. | 0.40 | 200.00 | JMM |
| Apr-04-23 | Revise and edit motion to approve preference settlement with Luxury Lease Company. | 0.10 | 50.00 | JMM |
|  | Revise and edit Rule 2004 motion for Walton & Adams. | 0.20 | 100.00 | JMM |
| May-11-23 | Review draft motion to approve Kirimlis settlement. | 0.20 | 100.00 | JMM |
|  | Review draft motion to approve Mullin settlement, proposed order, settlement agreement. | 0.30 | 150.00 | JMM |
|  | Review draft Performance Automotive Group complaint. | 0.30 | 150.00 | JMM |
| May-18-23 | Review draft American Express Rule 2004 motion. | 0.20 | 100.00 | JMM |
| May-23-23 | Review draft garnishment pleadings to Fiserve. | 1.60 | 800.00 | JMM |
| Jun-15-23 | Review draft TD Ameritrade settlement motion. | 0.50 | 250.00 | JMM |
| Apr-11-24 | Review PHH and credit card complaints drafted by Rob Marino. | 0.70 | 350.00 | JMM |
| Aug-14-24 | Legal research regarding indirect benefit as reasonably equivalent value. | 0.40 | 200.00 | JMM |
| Aug-15-24 | Legal research regarding fraudulent transfer law re: indirect benefit. | 0.50 | 250.00 | JMM |
| Aug-16-24 | Legal research regarding exchange requirement in Section 548. | 1.50 | 750.00 | JMM |
| Aug-17-24 | Review draft protective order from Discover; review Citibank stipulation and approval. | 1.30 | 650.00 | JMM |
| Jan-27-25 | Revise and edit objection to Colvin Properties claims. | 0.70 | 350.00 | JMM |
| Jan-29-25 | Revise and edit objection to Colvin Run claims. | 0.70 | 350.00 | JMM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-03-25 | Revise and edit objection to Colvin Properties Claims 4 and 5. | 0.40 | 200.00 | JMM |
| Feb-05-25 | Draft objections to claims 6, 10 and 12. | 0.30 | 150.00 | JMM |
| Feb-06-25 | Revise and edit claim objections. | 1.50 | 750.00 | JMM |
| Mar-11-25 | Review Amsellem response to claim objection (Claim No. 12). | 0.80 | 400.00 | JMM |
| Mar-12-25 | Prepare orders approving objections to Claims 4, 5, 6 and 10. | 0.80 | 400.00 | JMM |
| Mar-28-25 | Prepare withdrawal of objection to Amsellem Claim No. 12. | 0.30 | 150.00 | JMM |
| May-12-25 | Legal research regarding late claim amendment. | 0.60 | 300.00 | JMM |
| May-19-25 | Legal research regarding late claim amendment; prepare email to Kevin O'Donnell re: legal issues re: treatment of Claims 8 and 9 in TFR. | 2.00 | 1,000.00 | JMM |
| May-27-25 | Review objection to TFR; legal research re: same. | 0.30 | 150.00 | JMM |
| May-28-25 | Draft response to objection to TFR. | 1.40 | 700.00 | JMM |
| Jun-02-25 | Revise and edit opposition to objection to TFR. | 1.30 | 650.00 | JMM |
| Jun-03-25 | Legal research regarding objection to TFR; revise and edit opposition. | 4.80 | 2,400.00 | JMM |
| Jun-04-25 | Legal research regarding objection to TFR; revise and edit opposition. | 3.30 | 1,650.00 | JMM |
| Jun-09-25 | Draft opposition to objection to TFR; legal research re: same. | 1.50 | 750.00 | JMM |
| Jul-17-25 | Review memorandum opinion on objection to TFR; legal research re: appeal issues. | 0.70 | 367.50 | JMM |
| Jul-21-25 | Legal research regarding appeal issues; draft notice of appeal. | 2.00 | 1,050.00 | JMM |
| Jul-22-25 | Legal research regarding appeal issues; analyze legal grounds for appeal. | 1.80 | 945.00 | JMM |

| | | | | |
|---|---|---|---|---|
| Jul-28-25 | Legal research regarding appeal issues. | 0.80 | 420.00 | JMM |
| Jul-29-25 | Legal research regarding appeal issues. | 0.80 | 420.00 | JMM |
| Aug-05-25 | Prepare designation of record on appeal. | 3.50 | 1,837.50 | JMM |
| Aug-06-25 | Prepare designation of record on appeal, statement of issues. | 2.70 | 1,417.50 | JMM |
| Oct-01-25 | Draft appeal brief. | 1.00 | 525.00 | JMM |
| Oct-03-25 | Legal research regarding appeal issues. | 1.30 | 682.50 | JMM |
| Oct-04-25 | Legal research regarding appeal issues. | 2.40 | 1,260.00 | JMM |
| Oct-05-25 | Draft appeal brief. | 4.50 | 2,362.50 | JMM |
| Oct-07-25 | Legal research regarding appeal issues; revise and edit appeal brief. | 3.40 | 1,785.00 | JMM |
| Oct-08-25 | Legal research regarding appeal issues; revise and edit appeal brief. | 6.10 | 3,202.50 | JMM |
| Oct-09-25 | Revise and edit appeal brief. | 3.10 | 1,627.50 | JMM |
| Oct-10-25 | Finalize appeal brief. | 3.00 | 1,575.00 | JMM |
| Nov-17-25 | Review appellee brief and analyze the issues it raises. | 1.00 | 525.00 | JMM |
| Nov-19-25 | Prepare first draft of reply brief. | 4.90 | 2,572.50 | JMM |
| Nov-20-25 | Draft reply brief. | 3.80 | 1,995.00 | JMM |
| Nov-21-25 | Revise and edit reply brief. | 3.50 | 1,837.50 | JMM |
| Nov-24-25 | Finalize reply brief. | 1.00 | 525.00 | JMM |
| Apr-27-26 | Draft motion to approve settlement regarding the Gumbinner claims. | 1.50 | 787.50 | JMM |
| Apr-28-26 | Revise and edit settlement motion. | 0.50 | 262.50 | JMM |
| Apr-30-26 | Revise and edit settlement motion; prepare notice. | 0.80 | 420.00 | JMM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| May-14-26 | Draft order approving settlement regarding Gumbinner claims. | 0.30 | 157.50 | JMM |
| May-28-26 | Revise and edit order approving Gumbinner settlement. | 0.40 | 210.00 | JMM |
| | Totals | 87.10 | $44,920.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$44,920.00** |
| Previous Balance | 23,800.00 |
| **Balance Now Due** | **$68,720.00** |

**FEE SUMMARY**

| Lawyer/Paralegal | Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Janet M. Meiburger** | **87.10** | **$515.73** | **$44,920.00** |

# EXHIBIT B

### *The Meiburger Law Firm, P.C.*
P.O. Box 7264
Arlington, VA 22207

Ph:(703) 556-7871               Fax:(703) 556-8609

BV Management LLC Bankruptcy Estate                                    June 22, 2026
c/o The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, Virginia
22207

Inv #:          4366

RE:      Employment/Fee Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-16-23 | Revise and edit fee application for The Meiburger Law Firm. | 0.50 | 250.00 | JMM |
| Mar-14-23 | Attend hearing on fee application for Trustee's counsel; Prepare for same. | 0.30 | 150.00 | JMM |
| Mar-28-23 | Attend hearing on John Forest fee application; Prepare for same. | 0.30 | 150.00 | JMM |
| Apr-04-23 | Review order approving John Forest fee application. | 0.10 | 50.00 | JMM |
| Jun-15-23 | Review Marino fee application. | 0.40 | 200.00 | JMM |
| Feb-01-24 | Review second Marino fee application. | 0.30 | 150.00 | JMM |
| May-30-24 | Review Marino fourth fee application. | 0.30 | 150.00 | JMM |
| | Totals | 2.20 | $1,100.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,100.00** |
| Previous Balance | 1,500.00 |
| **Balance Now Due** | **$2,600.00** |

**FEE SUMMARY**

| Lawyer/Paralegal | Hours | Hourly Rate | Amount |
|---|---|---|---|

| Janet M. Meiburger | 2.20 | $500.00 | $1,100.00 |