## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on this 27th day of July, 2026, a true and correct copy of the

foregoing Notice of Amended Trustee's Final Report and Applications for Compensation and

Deadline to Object (NFR) will be served by ECF e-mail pursuant to the applicable Standing

Order of the Court, and by first class mail, postage prepaid (without this certificate of service) by

BK Attorney Services, LLC d/b/a certificateofservice.com to the attached list.


/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\BV Management, LLC (22-10662)\Pleadings\NFR - Amended NFR to Court\Amended NFR.Certificate of Service.1.docx

Label Matrix for local noticing
0422-1
Case 22-10662-BFK
Eastern District of Virginia
Alexandria
Mon Jul 27 14:56:57 EDT 2026

BV Management LLC
10001 Georgetown Pike
Suite 1170
Great Falls, VA 22066-8054

(p)CEDAR GLADE CAPITAL LLC
ATTN ATTN ROBERT MINKOFF
600 MADISON AVENUE 17TH FLOOR
NEW YORK NY 10022-1680

Colvin Properties, LLC
Executive Law Partners, PLLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030-5035

G2 BVM LLC
4826 Piney Branch Road
Fairfax, VA 22030-6233

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

TN Dept of Revenue
c/o TN Atty General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The Fred R. Gumbiner Living Trust
4826 Piney Branch Road
Fairfax, VA 22030-6233

The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

Walton & Adams, P.C.
1925 Isaac Newton Square, Suite 250
Reston, VA 20190-5024

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Colvin Properties LLC
Attn:  Zia Hasanzadeh
104 S. Early St.
Alexandria, VA 22304-6311

Colvin Properties, LLC
Attn:  Michael M. Hadeed, Jr., Esq.
510 King St., Suite 400
Alexandria, VA 22314-3132

David Amsellem
c/o Jonathan B. Vivona, Esq.
601 King Street, Ste 400
Alexandria, VA 22314-3151

Dirk Thomas
John McIntyre
c/o McIntyre Stein & Ashby
101 W. Main Street, Suite 920
Norfolk, VA 23510-1624

G2 BVM, LLC
c/o Kevin O'Donnell
300 N Washington Street, Suite 204
Alexandria, VA 22314-2530

GV BVM LLC
Attn:  Fred Gumbinner
4826 Piney Branch Road
Fairfax, VA 22030-6233

Icon Finance, LLC
300 N. Washington Street, Suite 204
Alexandria, VA 22314-2530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James M. Newberry
8642 Overlook Road
McLean, VA 22102-1524

Mark Gross
c/o Dunlap Bennett & Ludwig PLLC
Attn: W. Calvin Smith
211 Church Street SE
Leesburg, VA 20175-3034

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston MA 02204-7090

Rick Rahim
P.O. Box 1170
Great Falls, VA 22066-8170

TN Dept of Revenue
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

The Fred R. Gumbinner Living Trust
c/o Fred Gumbinner, Trustee
Kevin O'Donnell
300 N. Washington Street, Suite 204
Alexandria, VA 22314-2530

Virginia Department of Taxation
P.O. Box 2156
Richmond, VA 23218-2156

David Amsellem
c/o Jonathan B. Vivona, Esquire
601 King Street, Ste 400
Alexandria, VA 22314-3151

Janet M. Meiburger
Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207-0264

John P. Forest, II
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030-6044

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cedar Glade LP
600 Madison Ave., 17th Floor
New York, NY 10022

(d)Cedar Glade LP
600 Madison Avenue, 17 th Floor
New York, NY 10022
Attn: Robert K. Minkoff, President

Stephen Karbelk
20333 Medalist Drive
Ashburn, VA 20147

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Luxury Lease Company, LLC

(u)United States Trustee

(u)Mark Gross

(d)Rick Rahim
PO Box 1170
Great Falls, VA 22066-8170

End of Label Matrix
Mailable recipients    31
Bypassed recipients     4
Total                  35