**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re: :
:
**BV MANAGEMENT LLC** : **Case No. 22-10662-BFK**
: Chapter 7
:
Debtor(s). :

**ORDER PURSUANT TO NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The Trustee having filed her amended final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Janet M. Meiburger<br>Trustee | $29,881.11 | 2,856.41 |
| U.S. Bankruptcy Court<br>Clerk of the Court Costs | $1,050.00 | 0.00 |
| The Meiburger Law Firm P.C.<br>Attorney for Trustee | $46,020.00 | 0.00 |
| Jolene E. Wee<br>Prior Chapter Trustee | $2,185.00 | 25.63 |

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Amended Final Report and Account.

DATED: Aug 21 2026

/s/ Brian F Kenney
Kenney, Brian F.
United States Bankruptcy Judge

I ASK FOR THIS:

**NOTICE OF JUDGMENT OR ORDER ENTERED ON DOCKET:** Aug 24 2026

/s/ Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
(703) 556-7871

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7274

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Pursuant to Notice of Trustee's Amended Final Report and Applications for Compensation and Deadline to Object (NFR) has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger, Trustee

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE.