**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **BV MANAGEMENT LLC** | : | **Case No. 22-10662-BFK** |
| | : | Chapter 7 |
| | : | |
| Debtor(s). | : | |

**ORDER PURSUANT TO NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The Trustee having filed her amended final report and account, and an opportunity for hearing having been given to all creditors and other parties in interest, and the Court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Janet M. Meiburger<br>Trustee | $29,881.11 | 2,856.41 |
| U.S. Bankruptcy Court<br>Clerk of the Court Costs | $1,050.00 | 0.00 |
| The Meiburger Law Firm P.C.<br>Attorney for Trustee | $46,020.00 | 0.00 |
| Jolene E. Wee<br>Prior Chapter Trustee | $2,185.00 | 25.63 |

It is further **ORDERED** that the balance of funds in the Trustee's possession is to be paid in accordance with the Amended Final Report and Account.

DATED: Aug 21 2026

/s/ Brian F Kenney
Kenney, Brian F.
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
(703) 556-7871

**NOTICE OF JUDGMENT OR ORDER ENTERED ON DOCKET:** Aug 24 2026

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7274

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Pursuant to Notice of Trustee's Amended Final Report and Applications for Compensation and Deadline to Object (NFR) has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger, Trustee

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE.

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 22-10662-BFK
BV Management LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: CynthiaBa Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: pdford9 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BV Management LLC, 10001 Georgetown Pike, Suite 1170, Great Falls, VA 22066-8054 |
| aty | + | John P. Forest, II, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030-6044 |
| cr | + | Colvin Properties, LLC, Executive Law Partners, PLLC, 11130 Fairfax Blvd., Suite 303, Fairfax, VA 22030, US 22030-5035 |
| cr | + | David Amsellem, c/o Jonathan B. Vivona, Esquire, 601 King Street, Ste 400, Alexandria, VA 22314-3151 |
| sp | + | Robert M. Marino, Redmon Peyton & Braswell, LLP, 510 King Street, Suite 301, Alexandria, VA 22314 UNITED STATES OF AMERICA 22314-3184 |
| 15894898 | + | Colvin Properties LLC, Attn: Zia Hasanzadeh, 104 S. Early St., Alexandria, VA 22304-6311 |
| 15894899 | + | Colvin Properties, LLC, Attn: Michael M. Hadeed, Jr., Esq., 510 King St., Suite 400, Alexandria, VA 22314-3132 |
| 16023135 | + | David Amsellem, c/o Jonathan B. Vivona, Esq., 601 King Street, Ste 400, Alexandria, VA 22314-3151 |
| 15894900 | + | Dirk Thomas, John McIntyre, c/o McIntyre Stein & Ashby, 101 W. Main Street, Suite 920, Norfolk, VA 23510-1624 |
| 16022597 | + | G2 BVM, LLC, c/o Kevin O'Donnell, 300 N Washington Street, Suite 204, Alexandria, VA 22314-2530 |
| 16022633 | + | Icon Finance, LLC, 300 N. Washington Street, Suite 204, Alexandria, VA 22314-2530 |
| 16022749 | + | James M. Newberry, 8642 Overlook Road, McLean, VA 22102-1524 |
| 15939025 | + | Mark Gross, c/o Dunlap Bennett & Ludwig PLLC, Attn: W. Calvin Smith, 211 Church Street SE, Leesburg, VA 20175-3034 |
| 15934117 | + | Rick Rahim, P.O. Box 1170, Great Falls, VA 22066-8170 |
| 15894897 | + | The Fred R. Gumbinner Living Trust, c/o Fred Gumbinner, Trustee, Kevin O'Donnell, 300 N. Washington Street, Suite 204, Alexandria, VA 22314-2530 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 25 2026 02:53:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | | Email/Text: rminkoff@cedargladecapital.com | Aug 25 2026 02:51:00 | Cedar Glade LP, 600 Madison Ave., 17th Floor, New York, NY 10022 |
| cr | + | Email/Text: DOREBN@DOR.STATE.MA.US | Aug 25 2026 02:51:00 | Massachusetts Department of Revenue, Bankruptcy Unit, PO Box 7090, Boston, MA 02204, UNITED STATES 02204-7090 |
| RE | | Email/Text: stephen@realmarkets.com | Aug 25 2026 02:51:00 | Stephen Karbelk, 20333 Medalist Drive, Ashburn, VA 20147 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 25 2026 02:52:00 | TN Dept of Revenue, c/o TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | | Email/Text: fred@gumbinner.com | Aug 25 2026 02:53:29 | The Fred R. Gumbiner Living Trust, 4826 Piney Branch Road, Fairfax, VA 22030-6233 |
| unk | + | Email/Text: estepanick@walton-adams.com | Aug 25 2026 02:53:00 | Walton & Adams, P.C., 1925 Isaac Newton Square, Suite 250, Reston, VA 20190-5024 |
| 16725484 | | Email/Text: rminkoff@cedargladecapital.com | Aug 25 2026 02:51:00 | Cedar Glade LP, 600 Madison Avenue, 17 th Floor, New York, NY 10022, Attn: Robert K. |

| | | | | |
|---|---|---|---|---|
| | | | | Minkoff, President |
| 15947113 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 02:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15909674 | | Email/Text: DOREBN@DOR.STATE.MA.US | Aug 25 2026 02:51:00 | Massachusetts Department of Revenue, Attn: Bankruptcy Unit, PO Box 7090, Boston MA 02204-7090 |
| 15919012 | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 25 2026 02:52:00 | TN Dept of Revenue, c/o TN Attorney Generals Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 15947112 | | Email/Text: va_tax_bk@harriscollect.com | Aug 25 2026 02:53:00 | Virginia Department of Taxation, P.O. Box 2156, Richmond, VA 23218-2156 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Luxury Lease Company, LLC |
| cr | | Mark Gross |
| desig | *+ | Rick Rahim, PO Box 1170, Great Falls, VA 22066-8170 |
| aty | ##+ | The Meiburger Law Firm, P.C., 1493 Chain Bridge Road, Suite 201, McLean, VA 22101-5726 |
| cr | ## | G2 BVM LLC, 4826 Piney Branch Road, Fairfax, VA 22030-6233 |
| 15894896 | ## | GV BVM LLC, Attn: Fred Gumbinner, 4826 Piney Branch Road, Fairfax, VA 22030-6233 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Bart | on behalf of Defendant Synchrony Bank abart@reedsmith.com sragsdale@reedsmith.com;DocketingECF@ReedSmith.com |
| Christopher L. Perkins | on behalf of Creditor Luxury Lease Company LLC cperkins@eckertseamans.com |
| Dylan G. Trache | on behalf of Defendant TD Ameritrade Inc. dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com |
| Evan Michael Stepanick | on behalf of Unknown Walton & Adams P.C. estepanick@walton-adams.com |
| Gregory S. Bean | on behalf of Defendant Performance Automotive Group Inc. gbean@whitefordlaw.com, mcheney@whitefordlaw.com |
| Gregory S. Bean | |

| | |
|---|---|
| | on behalf of 3rd Party Plaintiff Performance Automotive Group Inc. gbean@whitefordlaw.com, mcheney@whitefordlaw.com |
| J. Ellsworth Summers, Jr. | on behalf of Defendant Discover Financial Services Inc. esummers@burr.com, sguest@burr.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger, Esq. | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com |
| John Darren Sadler | on behalf of Defendant Citibank N.A. sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John Darren Sadler | on behalf of Counter-Claimant Citibank N.A. sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| Jonathan Baird Vivona | on behalf of Creditor David Amsellem jvivona@vpbklaw.com notices@vpbklaw.com |
| Kevin M. O'Donnell | on behalf of Creditor G2 BVM LLC kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Kevin M. O'Donnell | on behalf of Creditor The Fred R. Gumbiner Living Trust kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue laura.mccloud@ag.tn.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Cedar Glade LP mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rachel Ross Friedman | on behalf of Defendant Discover Financial Services Inc. rfriedman@burr.com, sfoshee@burr.com |
| Robert M. Marino | on behalf of Plaintiff Janet M Meiburger rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Special Counsel Robert M. Marino rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Trustee Janet M. Meiburger rmmarino@rpb-law.com rmmarino1@aol.com |
| Sara Kathryn Jackson | on behalf of U.S. Trustee Matthew W. Cheney sara.kathryn.jackson@usdoj.gov Robert.W.Ours@usdoj.gov |
| United States Trustee | USTPRegion04.NO.ECF@usdoj.gov ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov |
| Walter John Buzzetta | on behalf of Defendant PHH MORTGAGE CORPORATION wbuzzetta@stradley.com |
| William Calvin Smith | on behalf of Creditor Mark Gross csmith@dbllawyers.com ecf@dbllawyers.com |

TOTAL: 27