**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

| | | |
|---|---|---|
| In re: BV MANAGEMENT LLC | § | Case No. 22-10662-BFK |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janet M. Meiburger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $2,265,186.26 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $256,875.76 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $275,746.43 | | |

3) Total gross receipts of $532,622.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $532,622.19 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $500,000.00 | $35,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $259,203.00 | $259,203.00 | $259,203.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $16,543.43 | $16,543.43 | $16,543.43 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $2,691.10 | $950.48 | $950.48 | $950.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,398,790.98 | $5,663,743.65 | $2,290,662.86 | $255,925.28 |
| **TOTAL DISBURSEMENTS** | $1,901,482.08 | $5,975,440.56 | $2,567,359.77 | $532,622.19 |

4) This case was originally filed under chapter 7 on 05/26/2022, and it was converted to chapter 7 on 07/27/2022. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2026

By: /s/ Janet M. Meiburger
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Truck 1FDWE3FLGBDA95699. Valuation Method: | 1129-000 | $6,000.00 |
| Wells Fargo Account No. -1547 | 1229-000 | $262.74 |
| Wells Fargo Account No. -2022 | 1229-000 | $174.47 |
| Wells Fargo Account No. -5683 | 1229-000 | $68.35 |
| Avoidance Claim Against CitiBank | 1241-000 | $26,000.00 |
| Avoidance Claim Against Discover (Adv. 24-01024) | 1241-000 | $19,000.00 |
| Avoidance Claim Against Lawrence Gordon (Adv. Pro. 23-01033) | 1241-000 | $13,100.00 |
| Avoidance Claim Against Patrick A. Mullin | 1241-000 | $19,856.00 |
| Avoidance Claim Against Performance Automotive Group, Inc. (Adv. No. 23-01024) | 1241-000 | $22,500.00 |
| Avoidance Claim Against PHH Mortgage Services (Adv. No. 24-01021) | 1241-000 | $100,188.97 |
| Avoidance Claim Against Stelios and Valli Kirimlis | 1241-000 | $18,000.00 |
| Avoidance Claim Against Synchrony Bank (Adv. No. 24-01025) | 1241-000 | $37,500.00 |
| Avoidance Claim Against TD Bank USA, N.A. | 1241-000 | $17,683.35 |
| Preference Claim Against Luxury Lease Company | 1241-000 | $11,988.78 |
| Preference Claim Against Mark Gross | 1241-000 | $30,000.00 |
| TD Ameritrade Account -7383 Fraudulent Transfer | 1241-000 | $37,755.70 |
| Judgment against Rick Rahim entered on 1/24/2023 (Docket Nos. 314 & 315) | 1249-000 | $86,510.05 |
| Deposit for Chapter 11 Fees and Expenses of Attorney for Debtor | 1290-000 | $17,000.00 |
| Fiserv Reserve Funds | 1290-000 | $19,033.78 |
| Funds Turned Over in Converted Case | 1290-010 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$532,622.19** |

[1] *The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S -2 | G2 BVM, LLC | 4210-000 | $0.00 | $35,000.00 | $0.00 | $0.00 |
| N/F | Dirk Thomas | 4110-000 | $500,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$500,000.00** | **$35,000.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 2100-000 | NA | $29,881.11 | $29,881.11 | $29,881.11 |
| Trustee, Expenses - Janet M. Meiburger | 2200-000 | NA | $2,856.41 | $2,856.41 | $2,856.41 |
| Attorney for Trustee Fees - The Meiburger Law Firm P.C. | 3110-000 | NA | $73,720.00 | $73,720.00 | $73,720.00 |
| Attorney for Trustee, Expenses - The Meiburger Law Firm P.C. | 3120-000 | NA | $1,600.91 | $1,600.91 | $1,600.91 |
| Auctioneer Expenses - Auction Markets, LLC | 3620-000 | NA | $620.00 | $620.00 | $620.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Bond Payments - BOND | 2300-000 | NA | $274.20 | $274.20 | $274.20 |
| Bond Payments - INSURANCE PARTNERS | 2300-000 | NA | $31.67 | $31.67 | $31.67 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $8,038.38 | $8,038.38 | $8,038.38 |
| Other State or Local Taxes (post-petition) - Nationwide Credit Corporation | 2820-000 | NA | $608.51 | $608.51 | $608.51 |
| Special Counsel for Trustee Fees - Redmond, Peyton & Braswell, LLP | 3210-600 | NA | $137,582.50 | $137,582.50 | $137,582.50 |
| Special Counsel for Trustee Expenses - Redmond, Peyton & Braswell, LLP | 3220-610 | NA | $2,939.31 | $2,939.31 | $2,939.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$259,203.00** | **$259,203.00** | **$259,203.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional's Expenses - John Forest | 6710-000 | NA | $1,897.80 | $1,897.80 | $1,897.80 |
| Other Prior Chapter Professional's Fees - John Forest | 6700-000 | NA | $12,435.00 | $12,435.00 | $12,435.00 |
| Prior Chapter Trustee Expenses - Jolene E. Wee | 6102-000 | NA | $25.63 | $25.63 | $25.63 |
| Prior Chapter Trustee Compensation - Jolene E. Wee | 6101-000 | NA | $2,185.00 | $2,185.00 | $2,185.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$16,543.43** | **$16,543.43** | **$16,543.43** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Massachusetts Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | TN Dept of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7P | Massachusetts Department of Revenue | 5800-000 | $1,220.71 | $950.48 | $950.48 | $950.48 |
| N/F | TN Dept. of Revenue Attn: TEN Atty Gen Bankruptcy Dviision | 5600-000 | $1,470.39 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,691.10** | **$950.48** | **$950.48** | **$950.48** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2 | Mark Gross | 7100-000 | $307,048.98 | $337,004.98 | $337,004.98 | $37,655.28 |
| 4 | Colvin Properties LLC | 7100-000 | $241,742.00 | $241,472.00 | $193,458.54 | $21,616.11 |
| 5 | Colvin Properties LLC | 7100-000 | $0.00 | $241,472.00 | $0.00 | $0.00 |
| 6 | Dirk Thomas | 7100-000 | $0.00 | $1,272,379.33 | $0.00 | $0.00 |
| 7PEN | Massachusetts Department of Revenue | 7300-000 | $0.00 | $198.00 | $198.00 | $0.00 |
| 8U-2 | G2 BVM, LLC | 7100-000 | $0.00 | $2,944,209.00 | $1,435,200.00 | $160,362.19 |
| 9-3 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee | 7100-000 | $750,000.00 | $342,143.00 | $164,800.00 | $18,413.94 |
| 10 | Icon Finance, LLC | 7100-000 | $0.00 | $124,864.00 | $0.00 | $0.00 |
| 11 | James M. Newberry | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $1,117.35 |
| 12-2 | Cedar Glade LP | 7100-000 | $100,000.00 | $150,001.34 | $150,001.34 | $16,760.41 |
| N/F | Rixk Rahim | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,398,790.98** | **$5,663,743.65** | **$2,290,662.86** | **$255,925.28** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 22-10662-BFK

**Case Name:** BV MANAGEMENT LLC

**For Period Ending:** 10/14/2026

**Trustee Name:** (660410) Janet M. Meiburger

**Date Filed (f) or Converted (c):** 07/27/2022 (c)

**§ 341(a) Meeting Date:** 09/01/2022

**Claims Bar Date:** 12/05/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account at TD Bank Account, xxxxxx | 8,000.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit held by Landlord | 36,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposit with the Clerk of the Fairfax County Circuit Court - Appeal from General District Court to Circuit Court | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit with the Clerk of the Fairfax County Circuit Court - Appeal from Circuit Court to Supreme Court | 40,000.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $0. Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old. Face amount = $1200000.Doubtful/Uncollectible accounts = $0. | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 7 | Computer processors, power cables, monitors, keybords. Valuation Method: | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2011 Ford Truck 1FDWE3FLGBDA95699. Valuation Method: | 5,000.00 | 5,000.00 | | 6,000.00 | FA |
| 9 | 10123 Colvin Run Rd. Great Falls, VA 22066 10123 Colvin Run Rd., Great Falls, VA 22066, leasehold, Valuation Method: | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Customer lists. Valuation Method: | Unknown | 0.00 | | 0.00 | FA |
| 11 | Busness Process Systems. Valuation Method: Debtor's estimate pf Val | 200,000.00 | 0.00 | | 0.00 | FA |
| 12 | Amazon accounts. Valuation Method: Debtor's estimate pf Val | 500,000.00 | 0.00 | | 0.00 | FA |
| 13 | Rent Claims against those persons identified on schedule G as Sub-Tenants, Rent. Amount Requested: $ | Unknown | 0.00 | | 0.00 | FA |
| 14 | Executory Contracts with those persons identified on schedule H. Values are unknown, . Amount Requested: $ | Unknown | 0.00 | | 0.00 | FA |
| 15 | Wells Fargo Account No. -2022 (u) | 0.00 | 174.47 | | 174.47 | FA |
| 16 | Wells Fargo Account No. -5683 (u) | 0.00 | 68.35 | | 68.35 | FA |
| 17 | Wells Fargo Account No. -1547 (u) | 0.00 | 262.74 | | 262.74 | FA |
| 18 | Funds Turned Over in Converted Case (u) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 19* | Preference Claim Against Mark Gross (u) (See Footnote) | 40,000.00 | 40,000.00 | | 30,000.00 | FA |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 22-10662-BFK
**Case Name:** BV MANAGEMENT LLC

**For Period Ending:** 10/14/2026

**Trustee Name:** (660410) Janet M. Meiburger
**Date Filed (f) or Converted (c):** 07/27/2022 (c)
**§ 341(a) Meeting Date:** 09/01/2022
**Claims Bar Date:** 12/05/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Judgment against Rick Rahim entered on 1/24/2023 (Docket Nos. 314 & 315) (u) | 173,215.00 | 86,000.00 | | 86,510.05 | FA |
| 21 | Judgment against Rick Rahim entered 2/9/2023 (Docket Nos. 328 & 329) (u) | 77,058.75 | 0.00 | | 0.00 | FA |
| 22* | Preference Claim Against Luxury Lease Company (u) (See Footnote) | 15,985.05 | 15,985.05 | | 11,988.78 | FA |
| 23* | Avoidance Claim Against Stelios and Valli Kirimlis (u) (See Footnote) | 20,000.00 | 20,000.00 | | 18,000.00 | FA |
| 24 | Fiserv Reserve Funds (u) | 19,033.78 | 19,033.78 | | 19,033.78 | FA |
| 25 | TD Ameritrade Account -7383 Fraudulent Transfer (u) | 37,755.70 | 37,755.70 | | 37,755.70 | FA |
| 26 | Deposit for Chapter 11 Fees and Expenses of Attorney for Debtor (u) | 17,000.00 | 17,000.00 | | 17,000.00 | FA |
| 27 | Judgment against Rick Rahim entered 2/9/2023 (Docket Nos. 330 & 331) (u) | 77,068.75 | 0.00 | | 0.00 | FA |
| 28 | Lease with Luxury Lease Company for 2016 Lamborghini Aventador sports car (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | Lease with Luxury Lease Company for 2020 Lamborghini Urus SUV (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 30 | Judgment Against Rick Rahim entered on 2/7/2023 (Docket Nos. 330 and 331) (u)<br>Void as Duplicate | 77,058.76 | 0.00 | | 0.00 | FA |
| 31* | Avoidance Claim Against Patrick A. Mullin (u) (See Footnote) | 19,856.00 | 19,856.00 | | 19,856.00 | FA |
| 32* | Avoidance Claim Against Lawrence Gordon (Adv. Pro. 23-01033) (u) (See Footnote) | 13,000.00 | 13,100.00 | | 13,100.00 | FA |
| 33* | Avoidance Claim Against CitiBank (u) (See Footnote) | 26,000.00 | 26,000.00 | | 26,000.00 | FA |
| 34* | Avoidance Claim Against Performance Automotive Group, Inc. (Adv. No. 23-01024) (u)<br>Adv. Complaint filed 5/16/23 (avoidable fraudulent transfers) (See Footnote) | 100,000.00 | 125,697.00 | | 22,500.00 | FA |
| 35* | Avoidance Claim Against Discover (Adv. 24-01024) (u) (See Footnote) | 19,000.00 | 19,000.00 | | 19,000.00 | FA |
| 36* | Avoidance Claim Against Synchrony Bank (Adv. No. 24-01025) (u) (See Footnote) | 37,500.00 | 37,500.00 | | 37,500.00 | FA |

# Form 1

Exhibit 8

Page: 3

# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 22-10662-BFK

**Case Name:** BV MANAGEMENT LLC

**For Period Ending:** 10/14/2026

**Trustee Name:** (660410) Janet M. Meiburger

**Date Filed (f) or Converted (c):** 07/27/2022 (c)

**§ 341(a) Meeting Date:** 09/01/2022

**Claims Bar Date:** 12/05/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 37* | Avoidance Claim Against PHH Mortgage Services (Adv. No. 24-01021) (u) (See Footnote) | 100,000.00 | 100,000.00 | | 100,188.97 | FA |
| 38* | Avoidance Claim Against TD Bank USA, N.A. (u)<br>Adv. 24-01026 (See Footnote) | 17,000.00 | 17,000.00 | | 17,683.35 | FA |
| **38** | **Assets Totals (Excluding unknown values)** | **$2,975,531.79** | **$649,433.09** | | **$532,622.19** | **$0.00** |

RE PROP# 19 Settlement Approved Per Court Order (Docket No. 342).

RE PROP# 22 Settlement Approved Per Court Order (Docket No. 390).

RE PROP# 23 Settlement Approved Per Court Order (Docket No. 403).

RE PROP# 31 Settlement Approved Per Court Order (Docket No. 436).

RE PROP# 32 Full Payment of Judgment in Adv. Pro. No. 23-01033.

RE PROP# 33 Settlement Approved Per Court Order (Docket No. 470).

RE PROP# 34 Settlement Approved Per Court Order (Docket No. 481).

RE PROP# 35 Settlement Approved Per Court Order (Docket No. 496).

RE PROP# 36 Settlement Approved Per Court Order (Docket No. 482).

RE PROP# 37 Settlement Approved Per Court Order (Docket No. 488).

RE PROP# 38 Full Payment of Judgment in Adv. Pro. No. 24-01026.

**Major Activities Affecting Case Closing:**

7/10/2025 - The TFR was approved by the UST and submitted to the Court on May 5, 2025. An objection to the TFR was filed and was the subject of a hearing on June 12, 2025. The court took the matter under advisement and has not yet ruled. Even if the court overrules the objection, the TFR will be amended to include the additional attorney fees incurred in connection with the objection.
7/7/2024 -- Special counsel is continuing to pursue the fraudulent transfer claims. It was determined after further review that there were no preference claims.
07/9/23 - The Trustee's special counsel, Robert Marino, is pursuing recovery of various preferences and fraudulent conveyances.

**Initial Projected Date Of Final Report (TFR):** 09/30/2023 **Current Projected Date Of Final Report (TFR):** 06/23/2026 (Actual)

# Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/22 | {15} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -2022 | 1229-000 | 174.47 | | 174.47 |
| 10/24/22 | {16} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -5683 | 1229-000 | 68.35 | | 242.82 |
| 10/24/22 | {17} | WELLS FARGO | Remaining Balance From Debtor's Wells Fargo Account No. -1547 | 1229-000 | 262.74 | | 505.56 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 500.56 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 495.56 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 490.56 |
| 01/23/23 | {8} | S.D. Cherner Motorcars, Inc T/A Cherner Brothers | Proceeds from Sale of Debtor's 2011 Ford Truck Per Court Order (Docket No. 306) | 1129-000 | 6,000.00 | | 6,490.56 |
| 01/25/23 | 101 | Auction Markets, LLC | Sales Agent Fee and Expenses for Sale of Debtor's Ford Truck Per Court Order (Docket No. 306) | | | 620.00 | 5,870.56 |
| | | | Auctioneer Expenses $20.00 | 3620-000 | | | |
| | | | Auctioneer Fee $600.00 | 3620-000 | | | |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,865.56 |
| 02/02/23 | {18} | United States Treasury | Payment from the Clerk of the Court Per Court Order (Adv. Pro. 22-10193 Docket No. 18) | 1290-010 | 50,000.00 | | 55,865.56 |
| 02/22/23 | {19} | Dunlap Bennett & Ludwig PLLC | Mark Gross Settlement Payment Per Court Order (Docket No. 342) | 1241-000 | 30,000.00 | | 85,865.56 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 88.13 | 85,777.43 |
| 03/09/23 | 102 | INSURANCE PARTNERS | 1113003 | 2300-000 | | 31.67 | 85,745.76 |
| 03/15/23 | 103 | The Meiburger Law Firm P.C. | Payment of Interim Fees Pursuant to Court Order (Docket No. 356). | 3110-000 | | 27,700.00 | 58,045.76 |
| 03/15/23 | 104 | The Meiburger Law Firm P.C. | Payment of Interim Expenses Pursuant to Court Order (Docket No. 356). | 3120-000 | | 1,600.91 | 56,444.85 |
| 03/16/23 | 105 | Nationwide Credit Corporation | Personal Property Tax on Ford Truck Per Court Order (Docket No. 306). | 2820-000 | | 608.51 | 55,836.34 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.30 | 55,718.04 |
| 04/12/23 | | John P. Forest II | Surplus of Attorney Fee Deposit Over Allowed Compensation for Chapter 11 Fees and Expenses Per Court Order (Docket No. 365). | | 2,667.20 | | 58,385.24 |
| | {26} | | Deposit for Chapter 11 Attorney Fees and Expenses $17,000.00 | 1290-000 | | | |
| | | John Forest | Chapter 11 Attorney Fees Per Court Order (Docket No. 365) -$12,435.00 | 6700-000 | | | |

**Page Subtotals:** **$89,172.76** **$30,787.52**

# Form 2

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | John Forest | Chapter 11 Attorney Expenses Per Court Order (Docket No. 365) -$1,897.80 | 6710-000 | | | |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 85.62 | 58,299.62 |
| 05/30/23 | {20} | TradeStation | Garnishment Proceeds Per Court Order (Docket No. 387) | 1249-000 | 10,119.10 | | 68,418.72 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.32 | 68,315.40 |
| 06/05/23 | {22} | Luxury Lease Partners, LLC | Preference Settlement Payment Per Court Order (Docket No. 390) | 1241-000 | 11,988.78 | | 80,304.18 |
| 06/22/23 | {23} | Law Offices Redmond, Peyton & Braswell, L.L.P. | Kirimilis Settlement Payment Per Court Order (Docket No. 403) | 1241-000 | 18,000.00 | | 98,304.18 |
| 06/22/23 | {20} | Fiserv Solutions LLC | Garnishment Proceeds Per Court Order (Docket No. 404) | 1249-000 | 75,480.84 | | 173,785.02 |
| 06/22/23 | {20} | Fiserv Solutions LLC | Garnishment Proceeds Per Court Order (Docket No. 404) | 1249-000 | 910.11 | | 174,695.13 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.84 | 174,529.29 |
| 07/11/23 | 106 | Robert M. Marino | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) Voided on 07/11/2023 | | | 31,313.45 | 143,215.84 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-604 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-614 | | | |
| 07/11/23 | 106 | Robert M. Marino | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) Voided: check issued on 07/11/2023 | | | -31,313.45 | 174,529.29 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-604 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-614 | | | |
| 07/11/23 | 107 | Redmon, Peyton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 420) | | | 31,313.45 | 143,215.84 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Fees $31,242.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses $70.95 | 3220-610 | | | |
| 07/12/23 | {24} | Metropolitan Commercial Bank | Turnover of Reserve Funds by Fiserve Per Court Order (Docket No. 415) | 1290-000 | 19,033.78 | | 162,249.62 |
| 07/18/23 | {25} | Metropolitan Commercial Bank | Settlement of Adv Pro Re: TD Ameritrade Acct Per Court Order (Docket No. 419) | 1241-000 | 37,755.70 | | 200,005.32 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 293.14 | 199,712.18 |
| 08/30/23 | {31} | Whiteford, Taylor & Preston | Settlement with Patrick A. Mullin (Docket No.436) | 1241-000 | 19,856.00 | | 219,568.18 |
| | | | | **Page Subtotals:** | **$193,144.31** | **$31,961.37** | |

# Form 2

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 353.18 | 219,215.00 |
| 09/28/23 | {32} | Capitol One Bank | Lawrence Gordon Avoidance Claim - Adversary 23-01033- Payment in Full | 1241-000 | 13,100.00 | | 232,315.00 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 340.33 | 231,974.67 |
| 10/18/23 | 108 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 441) | | | 26,320.64 | 205,654.03 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 441) $25,827.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Reimbursement of Expenses Per Court Order (Docket No. 441) $493.14 | 3220-610 | | | |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 390.95 | 205,263.08 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 328.98 | 204,934.10 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.50 | 204,616.60 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 359.84 | 204,256.76 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 315.59 | 203,941.17 |
| 03/01/24 | 109 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 450) | | | 15,085.98 | 188,855.19 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 450) $15,010.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 450) $75.98 | 3220-610 | | | |
| 03/20/24 | 110 | INSURANCE PARTNERS | 119437 | 2300-000 | | 95.37 | 188,759.82 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 297.40 | 188,462.42 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 321.31 | 188,141.11 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 310.74 | 187,830.37 |
| 06/13/24 | 111 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 462) | | | 22,231.20 | 165,599.17 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 462) $20,045.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 462) $2,186.20 | 3220-610 | | | |

**Page Subtotals:** **$13,100.00** **$67,069.01**

# Form 2

Exhibit 9



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 275.46 | 165,323.71 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 290.67 | 165,033.04 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 263.78 | 164,769.26 |
| 09/18/24 | {33} | Citi Payment Services | Full and Final Settlement of Citibank, N.A. Adversary Proceeding (Main Case Docket No. 470) | 1241-000 | 26,000.00 | | 190,769.26 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 268.43 | 190,500.83 |
| 10/26/24 | {34} | GRSM50 | Full and Final Settlement of Performance Automotive Group, Inc. Adversary Proceeding (Main Case Docket No.481). | 1241-000 | 22,500.00 | | 213,000.83 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 338.56 | 212,662.27 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.24 | 212,345.03 |
| 12/03/24 | {35} | Discover | Full and Final Settlement of Discover Bank Adversary Proceeding (Main Case Docket No. 496) | 1241-000 | 19,000.00 | | 231,345.03 |
| 12/10/24 | 112 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 500) | | | 40,806.05 | 190,538.98 |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 500) $40,707.50 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 500) $98.55 | 3220-610 | | | |
| 12/16/24 | {36} | Synchrony Bank | Full and Final Settlement of Synchrony Bank Adversary Proceeding (Main Case Docket No. 482) | 1241-000 | 37,500.00 | | 228,038.98 |
| 12/16/24 | {37} | PHH Mortgage Services | Settlement of PHH Mortgage Corporation Adversary Proceeding (Main Case Docket No. 489) | 1241-000 | 100,188.97 | | 328,227.95 |
| 12/18/24 | {38} | NORDSTROM CARD SERVICES INC. | Payment of Judgment Against TD Bank per Docket No. 17 in Adv. 24-01026 | 1241-000 | 17,683.35 | | 345,911.30 |
| 12/19/24 | {36} | Synchrony Bank | Returned Check (Payment Deposited 12/16/24 Ref 10018) | 1241-000 | -37,500.00 | | 308,411.30 |
| 12/27/24 | {36} | Synchrony Bank | Full and Final Settlement of Synchrony Bank Adversary Proceeding (Main Case Docket No. 482) (Replacement Check) | 1241-000 | 37,500.00 | | 345,911.30 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 460.52 | 345,450.78 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 572.07 | 344,878.71 |
| 02/21/25 | 113 | Redmon, Payton & Braswell, LLP | Compensation and Reimbursement of Expenses Per Court Order (Docket No. 516) | | | 4,764.49 | 340,114.22 |

**Page Subtotals:** **$222,872.32** **$48,357.27**

# Form 2

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Compensation Per Court Order (Docket No. 516) $4,750.00 | 3210-600 | | | |
| | | Redmond, Peyton & Braswell, LLP | Special Counsel Expenses Per Court Order (Docket No. 516) $14.49 | 3220-610 | | | |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 515.39 | 339,598.83 |
| 03/11/25 | 114 | INSURANCE PARTNERS | Bond-Renewal Policy #3792882 3/1/25-3/1/26; Acct #119437 | 2300-000 | | 178.83 | 339,420.00 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 526.09 | 338,893.91 |
| 08/26/26 | 115 | The Meiburger Law Firm P.C. | Dividend paid at 62.43% of $73,720.00; Claim # ATT FEE; Filed: $73,720.00 | 3110-000 | | 46,020.00 | 292,873.91 |
| 08/26/26 | 116 | U.S. Bankruptcy Court | Dividend paid at 100.00% of $350.00; Claim # CLERK 1; Filed: $350.00 | 2700-000 | | 350.00 | 292,523.91 |
| 08/26/26 | 117 | U.S. Bankruptcy Court | Dividend paid at 100.00% of $350.00; Claim # CLERK 2; Filed: $350.00 | 2700-000 | | 350.00 | 292,173.91 |
| 08/26/26 | 118 | U.S. Bankruptcy Court | Dividend paid at 100.00% of $350.00; Claim # CLERK 3; Filed: $350.00 | 2700-000 | | 350.00 | 291,823.91 |
| 08/26/26 | 119 | Janet M. Meiburger | Dividend paid at 100.00% of $2,856.41; Claim # TRUSTEE EXP; Filed: $2,856.41 | 2200-000 | | 2,856.41 | 288,967.50 |
| 08/26/26 | 120 | Janet M. Meiburger | Dividend paid at 100.00% of $29,881.11; Claim # TRUSTEE FEE; Filed: $29,881.11 | 2100-000 | | 29,881.11 | 259,086.39 |
| 08/26/26 | 121 | Jolene E. Wee | Dividend paid at 100.00% of $25.63; Claim # SUB V TT EXP; Filed: $25.63 | 6102-000 | | 25.63 | 259,060.76 |
| 08/26/26 | 122 | Jolene E. Wee | Dividend paid at 100.00% of $2,185.00; Claim # SUB V TT FEE; Filed: $2,185.00 | 6101-000 | | 2,185.00 | 256,875.76 |
| 08/26/26 | 123 | Massachusetts Department of Revenue | Dividend paid at 100.00% of $950.48; Claim # 7P; Filed: $950.48 | 5800-000 | | 950.48 | 255,925.28 |
| 08/26/26 | 124 | Mark Gross | Dividend paid at 11.17% of $337,004.98; Claim # 3-2; Filed: $337,004.98 | 7100-000 | | 37,655.28 | 218,270.00 |
| 08/26/26 | 125 | Colvin Properties LLC | Dividend paid at 11.17% of $193,458.54; Claim # 4; Filed: $241,472.00 | 7100-000 | | 21,616.11 | 196,653.89 |
| 08/26/26 | 126 | G2 BVM, LLC | Dividend paid at 11.17% of $1,435,200.00; Claim # 8U-2; Filed: $2,944,209.00 Voided on 08/26/2026 | 7100-004 | | 160,362.19 | 36,291.70 |
| 08/26/26 | 126 | G2 BVM, LLC | Dividend paid at 11.17% of $1,435,200.00; Claim # 8U-2; Filed: $2,944,209.00 Voided: check issued on 08/26/2026 | 7100-004 | | -160,362.19 | 196,653.89 |
| 08/26/26 | 127 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee | Dividend paid at 11.17% of $164,800.00; Claim # 9-3; Filed: $342,143.00 Voided on 08/28/2026 | 7100-004 | | 18,413.94 | 178,239.95 |

**Page Subtotals:** $0.00 $161,874.27

# Form 2

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-10662-BFK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | BV MANAGEMENT LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1503 | **Account #:** | ******3467 Checking |
| **For Period Ending:** | 10/14/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/26 | 128 | James M. Newberry | Dividend paid at 11.17% of $10,000.00; Claim # 11; Filed: $10,000.00 | 7100-000 | | 1,117.35 | 177,122.60 |
| 08/26/26 | 129 | Cedar Glade LP | Dividend paid at 11.17% of $150,001.34; Claim # 12-2; Filed: $150,001.34 | 7100-000 | | 16,760.41 | 160,362.19 |
| 08/26/26 | 130 | G2 BVM, LLC | Dividend paid at 11.17% of $1,435,200.00; Claim # 8U-2; Filed: $2,944,209.00 | 7100-000 | | 160,362.19 | 0.00 |
| 08/28/26 | 127 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee | Dividend paid at 11.17% of $164,800.00; Claim # 9-3; Filed: $342,143.00 Voided: check issued on 08/26/2026 | 7100-004 | | -18,413.94 | 18,413.94 |
| 08/28/26 | 131 | The Fred R. Gumbinner Living Trust c/o Fred Gumbinner Trustee | Dividend paid at 11.17% of $164,800.00; Claim # 9-3; Filed: $342,143.00 | 7100-000 | | 18,413.94 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **518,289.39** | **518,289.39** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **518,289.39** | **518,289.39** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$518,289.39** | **$518,289.39** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case No.:** 22-10662-BFK
**Case Name:** BV MANAGEMENT LLC
**Taxpayer ID #:** **-***1503
**For Period Ending:** 10/14/2026

**Trustee Name:** Janet M. Meiburger (660410)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******3467 Checking
**Blanket Bond (per case limit):** $3,000,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $518,289.39 |
| Plus Gross Adjustments: | $14,332.80 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $532,622.19 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3467 Checking | $518,289.39 | $518,289.39 | $0.00 |
| | **$518,289.39** | **$518,289.39** | **$0.00** |